UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

| | |
|---|---|
| IN RE VEECO INSTRUMENTS INC. SECURITIES LITIGATION | No. 7:05-MD-01695-CM |

----------------------------------------x

THIS DOCUMENT RELATES TO:

----------------------------------------x

| | |
|---|---|
| EDWARD J. HUNEKE, derivatively on behalf of VEECO INSTRUMENTS, INC., <br>   Plaintiff, <br> v. <br>EDWARD H. BRAUN, et al., <br>   Defendants. | No. 7:05-CV-10224-CM |

----------------------------------------x

| | |
|---|---|
| AUGUST SCHUPP, III, derivatively on behalf of VEECO INSTRUMENTS, INC., <br>   Plaintiff, <br> v. <br>EDWARD H. BRAUN, et al., <br>   Defendants. | No. 7:05-CV-10225-CM |

----------------------------------------x

| | |
|---|---|
| DAVID ALTMAN, derivatively on behalf of VEECO INSTRUMENTS, INC., <br>   Plaintiff, <br> v. <br>EDWARD H. BRAUN, et al., <br>   Defendants. | No. 7:05-CV-10226-CM |

----------------------------------------x

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO ANSWER**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting declaration, and all prior papers and proceedings had herein, Defendants Edward H. Braun, Peter J. Simone, Richard J. D'Amore, Joel A. Elftmann, Heinz K. Fridrich, Douglas A. Kingsley, Paul R. Low, Roger D. McDaniel, Irwin H. Pfister, Walter J. Scherr, and Nominal Defendant Veeco Instruments Inc. (collectively, the "Defendants") will move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by the Court, for an order, pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, extending the time which Defendants have to file and serve an answer to Derivative Plaintiffs' Consolidated Amended Verified Shareholder Derivative Complaint until, and including, August 16, 2006.

Dated:   New York, New York
         August 11, 2006

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By: /s/ Robert F. Serio
                                          John A. Herfort (JH-1460)
                                          Robert F. Serio (RS-2479)
                                          J. Ross Wallin (JW-3911)

                                          200 Park Avenue
                                          New York, New York 10166-0193
                                          Phone: (212) 351-4000
                                          Fax: (212) 351-4035

                                          *Attorneys for Defendants*