# Exhibit C

# WECHSLER HARWOOD LLP
### 488 MADISON AVENUE
### NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

December 11, 2006

<u>By Email and First Class Mail</u>

Robert Serio, Esq.
J. Ross Wallin, Esq.
Colin R. Young, Esq.
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th FL
New York, New York 10166-0193

   Re: Altman v. Braun, et al., 05-CV-10225 (CM),
     05-CV-10226 (CM), Veeco Instruments, Inc.
     Derivative Litigation

Dear Counsel:

  Enclosed please find Derivative Plaintiffs' Notice Of Depositions in the above-captioned case. To the extent there are any outstanding documents in the possession of the witnesses set forth herein, please produce those additional documents pursuant to the Requests For Production Of Documents served by both sets of Plaintiffs.

  I look forward to working with you to reschedule any dates that are not mutually agreeable.

  Out of caution, I remind you that the instant derivative action is coordinated for all purposes, including discovery, with the Securities Action. We intend to attend and examine deponents noticed by the Securities Plaintiffs, as appropriate. Accordingly, please keep us informed of any scheduling of deponents noticed by the Securities Plaintiffs.

          Yours very truly,

          *Robert I. Harwood* /JKH
          Robert I. Harwood

Enclosures

WECHSLER HARWOOD LLP

RIH:jrg

cc: Phyllis Parker, Esq. (By email)
    Nadeem Faruqi, Esq. (By email)
    Shane T. Rowley, Esq. (By email)
    Paul J. Scarlato, Esq. (By email)
    Robert B. Weiser, Esq. (By email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re VEECO INSTRUMENTS, INC., SECURITIES LITIGATION | 05-MD-1695 (CM) |
| THIS DOCUMENT RELATES TO: |  |
| DAVID ALTMAN, derivatively on behalf of VEECO INSTRUMENTS, INC., Plaintiff, v. EDWARD H. BRAUN, et al., Defendants, | 05-CV-10225 (CM) |
| AUGUST SCHUPP, III, derivatively on behalf of VEECO INSTRUMENTS, INC., Plaintiff, v. EDWARD H. BRAUN, et al., Defendants. | 05-CV-10226 (CM) |

## DERIVATIVE PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS

**TO:   All Counsel on the attached service list:**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiffs Daniel Altman and August Schupp, III's ("Derivative Plaintiffs") counsel will take oral depositions of each of the persons listed below, before a Notary Public or some other qualified officer, commencing at the dates and times at the locations listed below. The depositions will be recorded stenographically.

You are invited to attend the depositions in accordance with the Federal Rules.

| **Deponent** | **Date/Time/Location** |
|---|---|
| Walter J. Scherr | December 21, 2006, at 10:00 a.m.<br>FARUQI & FARUQI LLP<br>320 East 39th Street<br>New York, NY |
| Marlin Braun | January 10, 2007, at 10:00 a.m.<br>WECHSLER HARWOOD LLP<br>488 Madison Avenue<br>New York, NY |
| Jack Rein | January 11, 2007, at 10:00 a.m.<br>THE WEISER LAW FIRM, P.C.<br>121 N. Wayne Avenue, Ste. 1200<br>Wayne, PA |
| David Hopmann | January 17, 2007, at 10:00 a.m.<br>GOLDMAN SCARLATO & KARON, P.C.<br>101 West Elm Street, Ste. 360<br>Conshohocken, PA |
| Cathy Cantasano | January 19, 2007, at 10:00 a.m.<br>FARUQI & FARUQI LLP<br>320 East 39th Street<br>New York, NY |
| Frances Scally | January 22, 2007, at 10:00 a.m.<br>THE WEISER LAW FIRM, P.C.<br>121 N. Wayne Avenue, Ste. 1200<br>Wayne, PA |
| Joel A. Elftman | January 24, 2006, at 10:00 a.m.<br>WECHSLER HARWOOD LLP<br>488 Madison Avenue<br>New York, NY |
| Heinz K. Fridrich | January 30, 2006, at 10:00 a.m.<br>THE WEISER LAW FIRM, P.C.<br>121 N. Wayne Avenue, Ste. 1200<br>Wayne, PA |

Paul R. Low

Dated: December 11, 2006

January 31, 2006, at 10:00 a.m.
GOLDMAN SCARLATO &
   KARON, P.C.
101 West Elm Street, Ste. 360
Conshohocken, PA

WECHSLER HARWOOD LLP

By: /s/ Robert I. Harwood    /JKH
Robert I. Harwood
Samuel K. Rosen
Jennifer K. Hirsh
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, a true and correct copy of the forgoing Derivative Plaintiffs' Notice Of Taking Depositions was served upon the following Counsel via electronic mail.

Robert J. Serio, Esq.
J. Ross Wallin, Esq.
Colin R. Young, Esq.
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Jamie R. Mogil, Esq.
FARUQI & FARUQI LLP
320 East 39th Street
New York, NY 10016

Paul Scarlato, Esq.
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street
Conshohocken, PA 19428

*Counsel for Derivative Plaintiffs*

Jennifer K. Hirsh