UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.      :   Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION              :
---------------------------------------------------- x
---------------------------------------------------- x
THIS DOCUMENT RELATES TO           :
ALL ACTIONS                        :

---------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, hereby certify that on February 9, 2007, a true and correct copy of the foregoing Lead Plaintiff's Notice of Motion and Motion to Vacate and Reverse, in Part, the Discovery Order of Magistrate Judge George A. Yanthis Signed January 26, 2007 Pursuant to Federal Rule of Civil Procedure 72; Lead Plaintiff's Memorandum of Law in Support of Motion to Vacate and Reverse, in Part, the Discovery Order of Magistrate Judge George A. Yanthis Signed January 26, 2007 Pursuant to Federal Rule of Civil Procedure 72; Declaration of Jeffrey L. Osterwise in Support of Lead Plaintiff's Motion to Vacate and Reverse, in Part, the Discovery Order of Magistrate Judge George A. Yanthis Signed January 26, 2007 Pursuant to Federal Rule of Civil Procedure 72, with attached exhibits, and a Proposed Order were served upon the following Counsel via electronic means:

| | |
|---|---|
| John A. Herfort, Esq. | Robert I. Harwood, Esq. |
| Robert J. Serio, Esq | Jeffrey M. Norton, Esq. |
| J. Ross Wallin, Esq. | Jennifer K. Hirsh, Esq. |
| Colin R. Young, Esq. | **HARWOOD FEFFER LLP** |
| **GIBSON, DUNN& CRUTCHER LLP** | 488 Madison Avenue |
| 200 Park Avenue | New York, NY 10022 |
| New York, NY 10166 | |
| | *Counsel for Derivative Plaintiffs* |
| *Counsel for Defendants* | |

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
320 East 39th Street
New York, NY 10016

Paul J. Scarlato, Esq.
Brian D. Penny, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

Robert B. Weiser, Esq.
**THE WEISER LAW FIRM, P.C.**
121 North Wayne Ave.
Wayne, PA 19087

*Counsel for Derivative Plaintiffs*

_____
Jeffrey L. Osterwise