UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
IN RE VEECO INSTRUMENTS INC. :
SECURITIES LITIGATION : 05 MD 1695 (CM)(GAY)
:
------------------------------------- x
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
:
:
------------------------------------- x

**DECLARATION OF J. ROSS WALLIN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR PARTIAL
RECONSIDERATION OF THE COURT'S MARCH 9TH ORDER**

**(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY
ORDER DATED MAY 16, 2006)**

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco Instruments Inc.,
Edward H. Braun, John F. Rein, Jr. and John P.
Kiernan*

April 2, 2007

J. ROSS WALLIN declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a lawyer with the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan in this action.

2. The email string dated July 1, 2004, Bates-stamped VECO 0115826-30 and cited as Osterwise Declaration Exhibit 3 by Lead Plaintiff in its memorandum in support of its motion for partial reconsideration, was produced to Lead Plaintiff on August 21, 2006.

3. Attached hereto as Exhibits are true and correct copies of the following:

| Exhibit No. | Description |
|---|---|
| A | Affidavit of John F. Rein, Jr., dated August 25, 2006. |
| B | Excerpts from the deposition transcript of John F. Rein, Jr., dated February 28, 2007. |
| C | Excerpts from the deposition transcript of Bruce Huff, dated February 9, 2007. |
| D | Excerpts from the deposition transcript of John Kiernan, dated February 27, 2007. |
| E | Excerpts from the deposition transcript of Thomas Vollmer, dated January 10, 2007. |
| F | Declaration of Rory A. Greiss, dated August 25, 2006. |
| G | Excerpts from the deposition transcript of Gary Reifert, dated February 13, 2007. |

Executed on April 2, 2007

_____
J. Ross Wallin