# EXHIBIT C TO THE PRETRIAL ORDER – TO BE SUBMITTED SEPARATELY BY PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.           :     Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                   :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO                :
ALL ACTIONS                             :
------------------------------------------------- x

# LEAD PLAINTIFF'S EXHIBITS

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-1 | 7/28/2004 | BAS 1395-403 | Banc of America Securities analyst report |
| PX-2 | 2/11/2005 | BAS 3118-33 | Banc of America Securities analyst report |
| PX-3 | 12/2/2004 | BH 0000083-87 | Huff agreement and general release |
| PX-4 | 9/15/2004 | BH 0000089-100 | P&L forecasts |
| PX-5 | 3/24/2005 | BH 0000102 | Emails between Bruce Huff and Alison Neiderman |
| PX-6 |  | EY 000602 | E&Y workpaper |
| PX-7 | 3/11/2005 | EY 000606-12 | E&Y Consultation Memorandum |
| PX-8 | 11/9/2004 | EY 001086-87 | Minutes of Meeting of the Audit Committee |
| PX-9 | 11/29/2004 | EY 001088-89 | Minutes of Meeting of the Audit Committee |
| PX-10 | 11/29/2004 | EY 001125 | Notes from Audit Committee Meeting |
| PX-11 | 8/30/2004 | EY 001268-72 | Minutes of Meeting of the Audit Committee |
| PX-12 | 3/8/2005 | EY 002134-35 | Email between Helen Misiano and Alex Fredericks |
| PX-13 | 8/2/2005 | EY 002702-11 | Draft letter to SEC |
| PX-14 |  | EY 003807-26 | Internal Audit Plan |
| PX-15 |  | EY 004019-20 | Warranty Reserve Analysis |
| PX16 |  | EY 004212-13 | Accounts receivable summary and reconcilliation |
| PX-17 |  | EY 004773 | E&Y Workpapers |
| PX-18 |  | EY 004989-5026 | E&Y Workpapers |
| PX-19 |  | EY 004990 | E&Y Workpaper |
| PX-20 |  | EY 005003 | E&Y Workpaper |
| PX-21 |  | EY 005025-26 | E&Y Workpapers |
| PX-22 |  | EY 005027-33 | E&Y Workpapers |
| PX-23 |  | EY 005034-48 | E&Y Workpapers |
| PX-24 |  | EY 005088 | E&Y Workpaper |
| PX-25 |  | EY 005416-550 | E&Y Workpapers |
| PX-26 | 4/15/2004 | EY 005973-6003 | Quarterly Book Bill Report |
| PX-27 | 7/22/2004 | EY 007077-81 | Board Resolution |
| PX-28 | 7/21/2004 | EY 007094-109 | Minutes of Meeting of the Audit Committee |
| PX-29 |  | EY-BC 000044-45 | E&Y binder covers |
| PX-30 | 11/8/2004 | EY-EF-AAFRE 000515-24 | Analysis of Unrecorded Financial Statement Differences as of 9/30/2004 |
| PX-31 |  | EY-EF-AAFRE 001249-53 | Financial Statement Adjustments |
| PX-32 | 3/8/2005 | EY-EF-AAFRE 001683-96 | Veeco Instruments, Inc. – 2004 SAB 104 Update |
| PX-33 | 11/8/2004 | EY-EF-AAFRE 002214-16 | E&Y Consultation Memorandum |
| PX-34 | Feb-05 | EY-EF-AAFRE 002538-39 | Summary Memorandum for Revenue Recognition |
| PX-35 | 1/6/2004 | EY-EM-DBON 000009-13 | Memoranum from Hofemann to Kiernan and Scally |
| PX-36 | 2/4/2004 | EY-EM-DBON 000042-50 | E&Y Letter to Audit Committee, internal control audit procedures |
| PX-37 |  | EY-EM-DBON 000051 | Preparing for Internal Control Reporting under Section 404 of the Sarbanes-Oxley Act |
| PX-38 | 11/23/2004 | EY-EM-JPET 000099-100 | Email between Barros-Barreto and Fredericks |
| PX-39 | 3/10/2005 | EY-EM-PRYK 000282-84 | Email between Rykowski and Amato |
| PX-40 | 2/15/2005 | EY-EM-PRYK 000285-87 | Email between Rykowski, Amato and Fredericks |
| PX-41 | 12/31/2004 | EY-Veeco-AWS-04 000040-45 | Summary Review Memorandum |

1

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-42 | | EY-Veeco-AWS-04 000119-28 | Summary of Control Deficiencies |
| PX-43 | | HB 0001-07 | Invoices |
| PX-44 | 8/20/2004 | HB 0008 | Email between Birnbuam, Rein, Reifert |
| PX-45 | 11/24/2004 | HB 0009 | Email between Birnbuam and Rein |
| PX-46 | 7/9/2004 | HB 0010 | Email between Birnbuam, Huff, Reifert |
| PX-47 | 1/18/2005 | JW 001-05 | Master Service Agreement |
| PX-48 | 10/13/2004 | N&C 0047-51 | Analyst Report |
| PX-49 | | PL 25-43 | Handwritten note attaching TurboDisc Inventory Memorandum |
| PX-50 | 2/14/2005 | PZC 0032-38 | Analyst Report |
| PX-51 | | SPT 01-02 | Steelworkers' website "Professional Services" |
| PX-52 | | SPT 03-08 | Fox Assets' "Statement of Account" |
| PX-53 | 4/7/2005 | SPT 09-10 | Steelworkers Certification |
| PX-54 | 11/4/2005 | SPT 11-12 | Steelworkers Amended Certification |
| PX-55 | | SPT 13-21 | Investment Management Agreement |
| PX-56 | 6/28/2004 | VECO 0116046 | Email between M. Braun, Huff and Bratager |
| PX-57 | 3/31/2004 | VECO 0001373-84 | Q1 04 Accounting Certification |
| PX-58 | 6/10/2005 | VECO 0001536-65 | Revenue Recognition and Contract Administration Presentation |
| PX-59 | 11/19/2003 | VECO 0003034 | Email between Huff and Kiernan |
| PX-60 | 2/24/2004 | VECO 0008789-92 | Email between Lisa Robbins and Hakuto employees |
| PX-61 | 2/16/2004 | VECO 0009342-43 | Emails between Scholle and Miehe |
| PX-62 | 7/1/2004 | VECO 00115826-30 | Email between Huff and Brodie |
| PX-63 | | VECO 0012465-67 | Workpapers |
| PX-64 | 2/6/2004 | VECO 0016806 | Email between Tincher, M. Braun and Hopmann |
| PX-65 | | VECO 0017196-219 | System component chart |
| PX-66 | 1/21/2004 | VECO 0017502-05 | Emails between Hopmann and M. Braun |
| PX-67 | 3/25/2004 | VECO 0017955-56 | Email between Hopmann, Van Den Hende and Schmidt |
| PX-68 | 7/24/2004 | VECO 0018068-69 | Email between Cantasano, Tan, Huff, Weiss, Lee, et al. |
| PX-69 | 6/24/2004 | VECO 0018070-71 | Cantasano email |
| PX-70 | 6/25/2004 | VECO 0018072-74 | Email between Cantasano, Tan, Huff, Weiss, Lee, et al. |
| PX-71 | 9/21/2004 | VECO 0018537-42 | Email between Cantasano, Huang, Weiss and Huff |
| PX-72 | 10/22/2004 | VECO 0018607-09 | Emails between Fabiano, Campanale, Huff, et al. |
| PX-73 | 7/12/2004 | VECO 0018855-57 | Emails between Miehe, Huang, M. Braun, et al. |
| PX-74 | 8/25/2004 | VECO 0018876-80 | Email between Weiss, Goh, Noh, et al., attaching letter |
| PX-75 | 1/9/2004 | VECO 0019135-48 | Whitepaper |
| PX-76 | | VECO 0019251-54 | TurboDisc PTO Summary |
| PX-77 | | VECO 0019256-62 | TurboDisc TSA/Service Charges to EMCORE |
| PX-78 | | VECO 0019275-76 | Utilities Expenses Incurred |
| PX-79 | | VECO 0019280 | Additional Rent Items |
| PX-80 | | VECO 0019422-33 | Quarterly Restatement Worksheet |
| PX-81 | | VECO 0019437 | Quarterly adjustment worksheet |
| PX-82 | 4/15/2004 | VECO 0021263-64 | Email between Huff, Karp, Goldin and Kiernan |
| PX-83 | 4/6/2004 | VECO 0024161-73 | Email between Tomasek, Huff and Karp |
| PX-84 | 5/25/2004 | VECO 0024927-30 | Emails between Tan, Huff, et al. |

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-85 | 7/22/2004 | VECO 0025192 | Email between Noh, Miehe, Huff, M. Braun, et al. |
| PX-86 | 9/20/2004 | VECO 0025260-61 | Emails between Bratager, Stucky, Noh, et al. |
| PX-87 | 10/4/2004 | VECO 0025264-67 | Emails between Kim, M. Braun, Miehe, Noh, et al. |
| PX-88 | 7/29/2004 | VECO 0025321 | Email between Huff, Fabiano and Danny Noh |
| PX-89 | 12/23/2004 | VECO 0025339 | Samaha draft letter |
| PX-90 | 5/28/2004 | VECO 0025405-06 | Email between Hopman, Campanale, LoBrace, et al. |
| PX-91 | 1/4/2005 | VECO 0025586-613 | Email between Samaha, Powers, Quinn, et al., attaching Staff Call Package |
| PX-92 | Mar-04 | VECO 0025979-84 | TurboDisc Dashboard Metrics |
| PX-93 | 1/11/2005 | VECO 0026299-327 | Presentation |
| PX-94 | 12/18/2004 | VECO 0026386-87 | Email between Samaha, Bratager, Abrahamson, Quinn, Stucky and Cummins |
| PX-95 | | VECO 0026463-506 | Project Tracking Presentation |
| PX-96 | 11/29/2004 | VECO 0026876 | Emails between Hsu, Quinn, Bratager, Stucky, et al. |
| PX-97 | 12/21/2004 | VECO 0028160-61 | Filament Team Meeting Minutes |
| PX-98 | 7/27/2004 | VECO 0028328-29 | Email between Noh, Miehe, Fabiano, et al. |
| PX-99 | 5/21/2004 | VECO 0028355-59 | Emails between L. Robbins, Hsieh, et al. |
| PX-100 | 5/4/2004 | VECO 0028360-61 | Email between Stucky, Noh, Bulman, Miehe, et al. |
| PX-101 | 8/11/2004 | VECO 0028362-63 | Email between Hsieh, Noh, Yeh, Miehe, Huff, et al. |
| PX-102 | 8/11/2004 | VECO 0028383-85 | Emails between White, Noh, Miehe, et al. |
| PX-103 | 9/21/2004 | VECO 0028540-41 | Emails between Scholle, Robbins, Fabiano, et al. |
| PX-104 | 8/5/2004 | VECO 0028561 | Emails between Robbins, Esche, Miehe, et al. |
| PX-105 | 2/3/2004 | VECO 0034727-62 | Buker Consulting Report |
| PX-106 | 11/8/2004 | VECO 0050309-10 | Emails between Esche, Campanale, et al. |
| PX-107 | 8/2/2004 | VECO 0050633-42 | Buker Consulting Report |
| PX-108 | 4/28/2004 | VECO 0050659-63 | Buker Consulting Report |
| PX-109 | 8/5/2004 | VECO 0051459-60 | Campanale email |
| PX-110 | 10/16/2004 | VECO 0052262-67 | TurboDisc Inventory Analysis |
| PX-111 | 10/30/2004 | VECO 0053002-05 | Emails between Campanale, Esche, Ferriera, et al. |
| PX-112 | 10/3/2004 | VECO 0053131 | Email between Campanale, Hopmann, Esche and Ferrira |
| PX-113 | 10/25/2004 | VECO 0053155-56 | Email between Campanale, Hopmann, Esche and Ferrira |
| PX-114 | 2/12/2005 | VECO 0053288-90 | Emails between Cantasano, Grunden, Campanale, et al. |
| PX-115 | 6/22/2004 | VECO 0060356-59 | Email between Tan and Kiernan |
| PX-116 | 4/21/2004 | VECO 0060825 | List of items for follow-up from 4/21/2004 meeting |
| PX-117 | 6/9/2004 | VECO 0061885-86 | Emails between Kiernan, Reifert, Huff, Tan, et al. |
| PX-118 | 7/5/2004 | VECO 0061961-70 | Email between Birnbaum, Reifert and Kiernan attaching report to Audit Committee |
| PX-119 | 8/20/2004 | VECO 0062255-65 | Whitepaper |
| PX-120 | 9/16/2006 | VECO 0062438 | Email between Reifert, Scally, Kiernan |
| PX-121 | 10/7/2004 | VECO 0063784-91 | Email between Scally, Kiernan and Reifert attaching report |
| PX-122 | 11/9/2004 | VECO 0063834-38 | Email between Kiernan, Amato and Fredericks |
| PX-123 | 11/23/2004 | VECO 0063839-44 | Email between Scally, Kiernan, Reifert, Fredericks and Amato, attaching memorandum |
| PX-124 | 7/5/2005 | VECO 0065375-76 | Emails between Kiernan and Huff |

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-125 | 11/17/2004 | VECO 0066484-91 | Emails between Kiernan, Cymbaluk and M.Braun |
| PX-126 | 10/19/2004 | VECO 0067181-84 | Weekly Report |
| PX-127 | 6/8/2004 | VECO 0072172-74 | Emails between Huff, Kiernan, Tan, et al. |
| PX-128 | 7/20/2004 | VECO 0072183-87 | Email between Huff and Kiernan attaching organizational chart |
| PX-129 | 7/29/2004 | VECO 0072205 | Email between Reifert, Scally and Kiernan |
| PX-130 | 8/18/2004 | VECO 0073390-93 | Emails between Samaha, Lutz, Kiernan, M. Braun, et al. |
| PX-131 | 10/4/2004 | VECO 0073812-26 | Email between Reifert and Kiernan attaching audit plan |
| PX-132 | 10/21/2004 | VECO 0074137-69 | Email between Nelson and Kiernan |
| PX-133 | 11/1/2004 | VECO 0075709-10 | Email attaching list of contracted employees |
| PX-134 | | VECO 0079637-38 | Veeco Instruments Inc and Subsidiaries Terms & Conditions of Sale |
| PX-135 | 3/9/2005 | VECO 0079678-79 | Emails between Cantasano, Tan, Ballinger and Abrahamson |
| PX-136 | 11/1/2004 | VECO 0080842-45 | Email between Navy, Samaha, Oates, et al. |
| PX-137 | 12/10/2004 | VECO 0081003-04 | Email between Samaha, Quinn, Navy, et al. |
| PX-138 | 11/8/2004 | VECO 0081055 | Emails between Bulman, Samaha, M. Braun, et al. |
| PX-139 | 10/8/2004 | VECO 0083424 | Email between Armour, Bratager, Ralston and Quinn |
| PX-140 | 9/10/2004 | VECO 0083461-64 | Emails between Armour, Ralston, Hersee, et al. |
| PX-141 | | VECO 0088903 | Significant Income Statement Items |
| PX-142 | | VECO 0088912 | Workpaper |
| PX-143 | | VECO 0088915 | Workpaper |
| PX-144 | | VECO 0089334-35 | MOCVD warranty reserve analysis at 9/30/2004 |
| PX-145 | 9/15/2004 | VECO 0090350 | Email between Huff, Georgis, Tan and Karp |
| PX-146 | 7/15/2004 | VECO 0091663-76 | Facsimile from Huff to M. Braun enclosing Q2 2004 financial review |
| PX-147 | 9/20/2004 | VECO 0092153-54 | FOCUS Report |
| PX-148 | 10/12/2004 | VECO 0093582 | Email between Huff, Kiernan and Rein |
| PX-149 | 11/9/2004 | VECO 0094176 | Handwritten notes |
| PX-150 | 11/10/2004 | VECO 0094717-18 | Rein memorandum to file |
| PX-151 | 10/21/2004 | VECO 0094720-22 | Handwritten notes |
| PX-152 | 10/15/2003 | VECO 0095484-542 | S&P Due Diligence Findings |
| PX-153 | 9/5/2003 | VECO 0095674-76 | Email from Tomasek attaching Due Diligence Priorities |
| PX-154 | | VECO 0095681-84 | Project Elvis Due Diligence Meeting Schedule |
| PX-155 | Oct-03 | VECO 0095724-28 | Due Diligence -- Elvis Program |
| PX-156 | 10/12/2004 | VECO 0095818 | Email between Huff, Kiernan and Rein |
| PX-157 | 10/19/2004 | VECO 0095819-24 | Veeco TurboDisc Inventory Analysis |
| PX-158 | | VECO 0095828-30 | System component spreadsheet |
| PX-159 | | VECO 0096872-76 | Memorandum from Simone to E. Braun and Rein |
| PX-160 | 9/30/2003 | VECO 0096894-04 | S&P Due Diligence Findings |
| PX-161 | 1/17/2005 | VECO 0097504 | Timeline |
| PX-162 | 9/17/2004 | VECO 0098347-48 | Email between Reifert, Kiernan and Scally attaching hit list |

4

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-163 | 9/16/2004 | VECO 0098350 | Email between Reifert, Kiernan and Scally attaching hit list |
| PX-164 | 10/21/2004 | VECO 0099490-506 | BOD presentation |
| PX-165 | 6/30/2004 | VECO 0099785-808 | Redbook Reporting Package |
| PX-166 | 6/30/2004 | VECO 0099809-64 | Q2 reporting package |
| PX-167 | 10/7/2004 | VECO 0101695-96 | Emails between Huff, M. Braun and Kuffel |
| PX-168 | 10/16/2004 | VECO 0102316-21 | Veeco TurboDisc Inventory Analysis for 3Q04 |
| PX-169 | 10/21/2004 | VECO 0102520-29 | Internal Audit Reports |
| PX-170 | 10/26/2004 | VECO 0102636-38 | Email between Cantasano and Huff |
| PX-171 | 9/9/2004 | VECO 0103031 | Email between Cantasano, Huff, Robbins and Ventaloro |
| PX-172 | 9/21/2004 | VECO 0103387 | Email between Cantasano, Huff and Kiernan |
| PX-173 | 6/29/2004 | VECO 0103803-04 | Email between Reifert, Huff and Keirnan, Rein and M. Braun |
| PX-174 | 6/30/2004 | VECO 0103807-09 | Emails between Cantasano, Huff, Weiss, Lee and Miehe |
| PX-175 | 6/30/2004 | VECO 0103819-20 | Emails between Bauer, Huff, Huang and Cantasano |
| PX-176 | 7/15/2004 | VECO 0104280 | Emails between Cantasano and Huff |
| PX-177 | 7/15/2004 | VECO 0104281-84 | Email from Doppelhammer to Huff attaching GaN customer configuration matrix |
| PX-178 | 7/16/2004 | VECO 0104414-15 | Email between Karp, Huff and Kiernan |
| PX-179 | 7/19/2004 | VECO 0104423-24 | Email between Karp, Huff and Rein |
| PX-180 | 7/20/2004 | VECO 0104501-05 | Email between Conway-Meech and Huff attaching resume |
| PX-181 | 8/6/2004 | VECO 0108937-38 | Email between Reifert, Huff, Kiernan and Rein |
| PX-182 | 6/18/2004 | VECO 0113821 | Email between Huff and Klein |
| PX-183 | 6/23/2004 | VECO 0113933-56 | Email between Glassman, Huff, Scally and Reifert, attaching FOCUS Report |
| PX-184 | 6/23/2004 | VECO 0113985 | Email between Glassman, Huff, Scally, Kiernan and Reifert |
| PX-185 | 4/28/2004 | VECO 0114738 | Email between M. Braun and Huff |
| PX-186 | 5/5/2005 | VECO 0114936-37 | Email between M. Braun, Huff and Kuffel |
| PX-187 | 7/1/2004 | VECO 0115826-30 | Emails between Huff, Kiernan, Cantasano, Robbins, et al. |
| PX-188 | 7/7/2004 | VECO 0115856-57 | Emails betweem Huff, LaCroix, Karp and Goldman |
| PX-189 | 6/16/2004 | VECO 0116016-17 | Email between Huff, Scally and Kiernan |
| PX-190 | 4/26/2004 | VECO 0116873-74 | Email between M. Braun and Huff |
| PX-191 | 4/27/2004 | VECO 0116882 | Email between M. Braun, Huff, Miehe and Kuffel |
| PX-192 | 5/12/2004 | VECO 0117298-300 | Emails between Huff, Miehe and Bauer |
| PX-193 | 5/17/2004 | VECO 0117319 | Email between Huff and Kiernan |
| PX-194 | 10/19/2004 | VECO 0122660-93 | Email between Huff and Kiernan attaching Veeco/Emcore Reconciliation as of 9/30/04 |
| PX-195 | 10/26/2004 | VECO 0122720-21 | Email between Cantasano and Kiernan |
| PX-196 | 11/4/2004 | VECO 0122829-30 | Email between Reifert and Kiernan, attaching Due from Emcore worksheet |
| PX-197 | 12/7/2004 | VECO 0123049-50 | Emails between Abrahamson, Kiernan, et al. |
| PX-198 | 1/9/2005 | VECO 0123322-26 | Emails between Samaha, Kiernan and Kania |
| PX-199 | 2/28/2005 | VECO 0123359-64 | Letter from John Lenaz to Elisa Pellati |
| PX-200 | 2/7/2005 | VECO 0124171-95 | Email between Stucky and Quinn attaching warranty chart |
| PX-201 | 11/10/2004 | VECO 0124773-74 | Rein memorandum to file |
| PX-202 | 11/5/2005 | VECO 0125483-84 | Emails between San Martin, Bratager, Stucky, Fabiano, et al. |
| PX-203 | 6/11/2004 | VECO 0125752-57 | Emails between Armour, Miehe, Kapitan, et al. |

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-204 | 10/20/2004 | VECO 0129134-35 | Handwritten notes |
| PX-205 | 10/7/2004 | VECO 0129908-81 | Sales Meeting presentation |
| PX-206 | | VECO 0130052 | Workpaper |
| PX-207 | 10/31/2004 | VECO 0130061 | Workpaper |
| PX-208 | | VECO 0130063 | Spreadsheet WIP variance |
| PX-209 | 1/27/2005 | VECO 0130081-86 | TurboDisc major accounts presentation |
| PX-210 | 3/23/2004 | VECO 0130350-792 | Controllers Conference materials |
| PX-211 | 2/3/2004 | VECO 0131460-95 | Buker Consulting Report |
| PX-212 | 9/9/2004 | VECO 0132023-27 | Emails between Velarde, Karp, Huff and Kiernan |
| PX-213 | 6/10/2004 | VECO 0132125-36 | Emails between Robbins, Huff and M. Braun |
| PX-214 | 5/20/2004 | VECO 0133072-133 | Email between Carpenter and Huff attaching workflow documents |
| PX-215 | May-04 | VECO 0134373-74 | GaN Production Tool Forecast |
| PX-216 | 11/1/2004 | VECO 0138948-50 | Emails between Robbins, Cantasano, Kiernan, Brodie, et al. |
| PX-217 | 12/28/2004 | VECO 0139092-93 | Emails between Abrahamson, Reifert and Kiernan |
| PX-218 | 12/6/2004 | VECO 0144047-48 | Emails between Bulman, Samaha, M. Braun, Bratager, et al. |
| PX-219 | 11/29/2004 | VECO 0144310-69 | SOX 404 Status Update |
| PX-220 | | VECO 0148115-27 | Log of activities |
| PX-221 | 12/22/2004 | VECO 0148177-81 | Internal Audit Repor |
| PX-222 | 11/8/2004 | VECO 0148183-93 | Balance Sheet Audit of TurboDisc for the Nine Months ended 9/30/04 |
| PX-223 | | VECO 0148749 | Timeline |
| PX-224 | 6/29/2004 | VECO 0154303-07 | Weekly Report |
| PX-225 | 12/18/2004 | VECO 0154707 | Email between Samaha, E. Braun, Kania, Rein, et al. |
| PX-226 | 11/8/2004 | VECO 0160858 | Email between Choung and E. Braun |
| PX-227 | 11/7/2004 | VECO 0160859 | Email between Choung, E. Braun, et al. |
| PX-228 | 10/18/2004 | VECO 0160860-61 | Emails between Kania, E. Braun, et al. |
| PX-229 | 1/25/2005 | VECO 0160916-18 | Email between Kiernan, E. Braun, Rein, Reifert, Pfister, and Frombach attaching TurboDisc investigation plan |
| PX-230 | 1/25/2005 | VECO 0160928-30 | Email between Kiernan, E. Braun, Rein, et al. |
| PX-231 | 10/14/2004 | VECO 0160940-41 | Emails between Weiss, Wasser, Kania, Bulman, M. Braun, E. Braun, Rein, Pfister and Elftmann |
| PX-232 | 12/29/2004 | VECO 0161872-75 | Emails between Reifert, Abrahamson, Nelson, Kiernan, et al. attaching account ledger |
| PX-233 | 12/30/2004 | VECO 0161907-08 | Emails between Reifert, Kiernan, Abrahamson, et al. |
| PX-234 | 1/17/2005 | VECO 0166418-20 | Email between Kiernan and Frombach |
| PX-235 | 10/22/2004 | VECO 0166455-56 | Email between M. Braun, Kiernan and Cymbaluk |
| PX-236 | 11/2/2004 | VECO 0166505-07 | Email between Kiernan, M. Braun, et al. |
| PX-237 | | VECO 0166886-88 | Travel and Expense Report |
| PX-238 | 11/24/2004 | VECO 0172140-42 | Email between Reifert and Kiernan attaching Preliminary information and explanations from Division Controller per initial interview |
| PX-239 | 10/22/2004 | VECO 0172350 | Emails between Reifert, Cantasano and Kiernan |
| PX-240 | 10/13/2004 | VECO 0172644 | Emails between Reifert and Kiernan |
| PX-241 | 10/8/2004 | VECO 0173349 | Emails between Reifert, Kiernan, et al. |
| PX-242 | 11/17/2004 | VECO 0176009-60 | Emails between Reifert and Kuffel attaching balance sheet reconcilliation |

6

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-243 | 8/26/2004 | VECO 0177324-26 | Internal Audit Status Update |
| PX-244 | 12/16/2004 | VECO 0183307-10 | Email between Abrahamson and Reifert attacking WIP variance |
| PX-245 | 11/4/2004 | VECO 0186026 | Email between Reifert and Birnbaum |
| PX-246 | 8/5/2004 | VECO 0191865-66 | Emails between Glassman, Reifert and Huff |
| PX-247 | 10/12/2004 | VECO 0191874 | Email between Glassman and Huff |
| PX-248 | 8/24/2004 | VECO 0191888-90 | Email between Glassman, Huff and LaCriox |
| PX-249 | 8/22/2004 | VECO 0191896 | Emails between Glassman and Huff |
| PX-250 | 10/1/2004 | VECO 0191948 | Factory Acceptance |
| PX-251 | 10/12/2004 | VECO 0191953 | Emails between Glassman and Huff |
| PX-252 | 10/7/2004 | VECO 0191984 | Emails between Huff, Kiernan, M. Braun, Glassman, Scholle and Miehe |
| PX-253 | 10/7/2004 | VECO 0191985-86 | Emails between Huff, Kiernan, M. Braun, Glassman, Scholle and Miehe |
| PX-254 | 10/5/2004 | VECO 0192143-44 | Emails between Glassman and Tan |
| PX-255 | 11/2/2004 | VECO 0192188-92 | Email between Glassman, Rein, Kiernan and Karp, attaching summary of 3Q Controller Questionaires |
| PX-256 | 12/30/2004 | VECO 0192193-95 | Email between Karp, Reifert, Birnbaum and Glassman attaching TurboDisc service chart |
| PX-257 | 12/20/2004 | VECO 0192196 | Emails between Abrahamson, Glassman and Asher |
| PX-258 | 12/27/2004 | VECO 0192494-96 | Emails betweem Karp, Abrahamson, Nelson, Cantasano and Glassman |
| PX-259 | 12/13/2004 | VECO 0192580 | Emails between Samaha, Karp, Cantasano and Glassman |
| PX-260 | 12/13/2004 | VECO 0192581-82 | Emails between Samaha, Karp, Cantasano and Glassman |
| PX-261 | 12/14/2004 | VECO 0192589-90 | Emails between Samaha, Karp, Cantasano and Glassman |
| PX-262 | 12/14/2004 | VECO 0192599-600 | Emails between Glassman, Klein, Georgalis and Velarde |
| PX-263 | 8/12/2004 | VECO 0201158 | Email between Rein, Karp and Kiernan |
| PX-264 | 8/12/2004 | VECO 0201160 | Email between Karp and Kiernan |
| PX-265 | 11/23/2004 | VECO 0202626-28 | Emails between Karp and Abrahamson |
| PX-266 | 11/8/2004 | VECO 0203759-61 | Emails between Reifert, Pellati, Amato, Fredericks, Kiernan |
| PX-267 | 11/1/2004 | VECO 0203839 | Emails between Birnbaum and Gary Reifert |
| PX-268 | 11/1/2004 | VECO 0203840-41 | Emails between Birnbaum and Gary Reifert |
| PX-269 | 9/10/2004 | VECO 0203842-43 | Email between Rein and Reifert |
| PX-270 | 12/31/2004 | VECO 0203854-61 | Responses to Jack's Questions |
| PX-271 | 8/20/2004 | VECO 0204269 | Email between Birnbaum and Rein |
| PX-272 | 8/2/2004 | VECO 0204416 | Email between Reifert and Kiernan |
| PX-273 | 12/21/2004 | VECO 0205582 | Email between Reifert and Rein |
| PX-274 | 8/17/2004 | VECO 0213379-96 | Emails between Glassman and Kiernan attaching Disclosure Controls and Procedures |
| PX-275 | 7/21/2004 | VECO 0213825-98 | Report to Audit Committee |
| PX-276 | 9/13/2004 | VECO 0500001-09 | Buker Consulting Report |
| PX-277 | 5/28/2004 | VECO 0500079-83 | Buker Consulting Report |
| PX-278 | 4/30/2004 | VECO 0500132-36 | Buker Consulting Report |
| PX-279 | 4/21/2004 | VECO 0501542-55 | Internal Audit Report |
| PX-280 | 10/31/2004 | VECO 0503162 | Workpaper |

7

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-281 | 3/15/2005 | VECO 0507366-67 | Board of Directors Minutes |
| PX-282 | 3/14/2005 | VECO 0507368-70 | Audit Committee Minutes |
| PX-283 | 3/2/2005 | VECO 0507371-75 | Board of Directors Minutes |
| PX-284 | 3/1/2005 | VECO 0507376-79 | Audit Committee Minutes |
| PX-285 | 2/9/2005 | VECO 0507380-81 | Audit Committee Minutes |
| PX-286 | 2/9/2005 | VECO 0507382-83 | Board of Directors Minutes |
| PX-287 | 2/4/2005 | VECO 0507384-85 | Audit Committee Minutes |
| PX-288 | 2/4/2005 | VECO 0507386-87 | Board of Directors Minutes |
| PX-289 | 1/17/2005 | VECO 0507388-89 | Audit Committee Minutes |
| PX-290 | 1/17/2005 | VECO 0507390-91 | Board of Directors Minutes |
| PX-291 | 12/22/2004 | VECO 0507392-94 | Audit Committee Minutes |
| PX-292 | 12/9/2004 | VECO 0507395-96 | Audit Committee Minutes |
| PX-293 | 11/29/2004 | VECO 0507397-98 | Audit Committee Minutes |
| PX-294 | 11/9/2004 | VECO 0507399-400 | Audit Committee Minutes |
| PX-295 | 11/1/2004 | VECO 0507401-02 | Audit Committee Minutes |
| PX-296 | 10/21/2004 | VECO 0507403-04 | Board of Directors Minutes |
| PX-297 | 10/20/2004 | VECO 0507405-07 | Audit Committee Minutes |
| PX-298 | 10/8/2004 | VECO 0507408-09 | Audit Committee Minutes |
| PX-299 | 8/30/2004 | VECO 0507410-11 | Audit Committee Minutes |
| PX-300 | 8/2/2004 | VECO 0507412-13 | Audit Committee Minutes |
| PX-301 | 7/22/2004 | VECO 0507414-21 | Board of Directors Minutes |
| PX-302 | 7/22/2004 | VECO 0507422-25 | Audit Committee Minutes |
| PX-303 | 9/9/2004 | VECO 0507426-27 | Board of Directors Minutes |
| PX-304 | 5/3/2004 | VECO 0507428-29 | Audit Committee Minutes |
| PX-305 | 4/22/2004 | VECO 0507430-31 | Board of Directors Minutes |
| PX-306 | 4/21/2004 | VECO 0507432-35 | Audit Committee Minutes |
| PX-307 | 3/29/2004 | VECO 0507436-37 | Nominating and Governance Committee Minutes |
| PX-308 | 3/8/2004 | VECO 0507438-40 | Audit Committee Minutes |
| PX-309 | 2/5/2004 | VECO 0507441-43 | Audit Committee Minutes |
| PX-310 | 1/22/2004 | VECO 0507444-45 | Audit Committee Minutes |
| PX-311 | 1/23/2004 | VECO 0507446-48 | Board of Directors Minutes |
| PX-312 | 10/31/2003 | VECO 0507449-50 | Board of Directors Minutes |
| PX-313 | 10/23/2003 | VECO 0507451-53 | Board of Directors Minutes |
| PX-314 | 9/25/2003 | VECO 0507454 | Board of Directors Minutes |
| PX-315 | 10/8/2004 | VECO 0511383-411 | Internal Audit Reports |
| PX-316 | 11/29/2004 | VECO 0511698-745 | Sarbanes-Oxley 404 Status Update |
| PX-317 | 12/22/2004 | VECO 0511761-65 | Internal Audit Report |
| PX-318 | 3/14/2005 | VECO 0512074-84 | Internal Audit Report |
| PX-319 | 2/14/2005 | VECO 0512267-88 | Email between Tomasek, E. Braun, Rein, Pfister and Elftman, attaching analyst reports. |
| PX-320 | 12/2/2004 | VECO 0513631-34 | Agreement and General Release |
| PX-321 | 9/30/2004 | VECO 0514036-50 | Q1 04 Accounting Certification letter |
| PX-322 | 6/30/2004 | VECO 0514051-67 | Q1 04 Accounting Certification letter |
| PX-323 | 12/11/2003 | VECO 0514151 | Compound Semiconductor Organization Chart |
| PX-324 | 6/30/2004 | VECO 0514689-07 | Emails between Huff, Reifert Kiernan, Rein, M. Braun, et al. attaching sales documentation |

8

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-325 | 12/20/2006 | | Excerpt from Huff Deposition [pp. 118-125] |
| PX-326 | 5/9/2007 | | Excerpt from Expert Report of Gary J. Levin [pp. 8-9] |
| PX-327 | 2/27/2007 | | Excerpts of deposition transcript of John Kiernan [pp. 9-26] |
| PX-328 | 2/28/2007 | | Excerpts of deposition transcript of John Rein, Jr. [pp. 106, 162-169] |
| PX-329 | 2/23/2007 | | Excerpts of deposition transcript Edward Braun [pp. 139-148] |
| PX-330 | 5/19/04 | | Letter in response to SEC comments from Rory Greiss re: 10-K |
| PX-331 | 4/26/2004 | | Needham & Co analyst report |
| PX-332 | 7/26/2004 | | Smith Barney Citigroup analyst report |
| PX-333 | 7/26/2004 | | Needham & Co analyst report |
| PX-334 | 7/26/2004 | | WR Hambrecht analyst |
| PX-335 | 9/8/2004 | | Smith Barney Citigroup Technology Conference |
| PX-336 | 2/11/2005 | | WR Hambrecht analyst report |
| PX-337 | 2/11/2005 | | D.A. Davidson analyst report |
| PX-338 | 2/11/2005 | | Smith Barney Citigroup analyst report |
| PX-339 | 2/14/2005 | | Smith Barney Citigroup analyst report |
| PX-340 | 2/14/2005 | | Needham & Co analyst report |
| PX-341 | 5/12/2005 | | Steelworkers' Reply Memorandum of Law in Further Support of its motion for Appointment as Lead Plaintiff |
| PX-342 | 4/18/2005 | | Steelworkers' Memorandum of Law in Support of its Motion for Appointment as Lead Plaintiff |
| PX-343 | 11/7/2005 | | Consolidated Amended Class Action Complaint |
| PX-344 | 12/6/2005 | | Fox Assets' Master Transactions summary from 1/2/1997 to 11/28/2005 |
| PX-345 | | | Steelworkers Statement of Account 5/1/05 to 5/31/05 |
| PX-346 | 8/25/2006 | | Affidavit of John F. Rein dated 8/25/2006 |
| PX-347 | 8/25/2006 | | Declaration of Rory A. Griess dated 8/25/2006 |
| PX-348 | 1/24/2007 | | Revised Privilge Log for Veeco Instruments Inc. -- January 24, 2007 |
| PX-349 | 1/24/2007 | | Revised Privilge Log for Ernst & Young Documents -- January 24, 2007 |
| PX-350 | 2/23/2007 | | Declaration of Herman Birnbuam 2/23/2007 |
| PX-351 | | | Chart: Steelworkers Transactions in Veeco Instruments, Inc., Class Period 11/3/2003-2/10/2005 |
| PX-352 | | | Chart: Steelworkers Transactions in Veeco Instruments, Inc., Class Period 4/26/2004-2/10/2005 |
| PX-353 | | | Chart: Steelworkers Transactions in Veeco Instruments, Inc., Class Period 4/26/2004-2/10/2005 Using FIFO |
| PX-354 | | | Preliminary Expert Report of Robert W. Berliner, CPA, CFE, with exhibits |
| PX-355 | | | Expert Report on Damages and Loss Causation by Stephen P. Feinstein, Ph.D., CFA, with exhibits |
| PX-356 | 2/11/2005 | | Article, Feb. 11, 2005, Compoundsemiconductor.net, "Accounts fiasco sees heads roll at Veeco TurboDisc" |
| PX-357 | 3/31/2004 | | 10-Q Emcore Corp. dated March 31, 2004 |
| PX-358 | 12/31/03 | | Veeco 10-K |
| PX-359 | 12/31/04 | | Veeco 10-K |
| PX-360 | 12/31/05 | | Veeco 10-K |

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-361 | 12/31/04 | | Veeco Annual Report to Shareholders |
| PX-362 | 03/31/03 | | Veeco 10-Q |
| PX-363 | 06/30/03 | | Veeco 10-Q |
| PX-364 | 09/30/03 | | Veeco 10-Q |
| PX-365 | 03/31/04 | | Veeco 10-QA |
| PX-366 | 03/31/04 | | Veeco 10-Q |
| PX-367 | 06/30/04 | | Veeco 10-Q |
| PX-368 | 06/30/04 | | Veeco 10-QA |
| PX-369 | 09/30/04 | | Veeco 10-Q |
| PX-370 | 09/30/04 | | Veeco 10-QA |
| PX-371 | 03/31/05 | | Veeco 10-Q |
| PX-372 | 06/03/05 | | Veeco 10-Q |
| PX-373 | 09/30/05 | | Veeco 10-Q |
| PX-374 | 04/03/03 | | Veeco Sched 14A |
| PX-375 | 05/07/04 | | Veeco Sched. 14A |
| PX-376 | 05/25/05 | | Veeco Sched. 14A |
| PX-377 | 03/31/06 | | Veeco Sched 14A |
| PX-378 | 11/03/03 | | Veeco 8-K |
| PX-379 | 11/18/03 | | Veeco 8-K |
| PX-380 | 02/06/04 | | Veeco 8-K |
| PX-381 | 04/26/04 | | Veeco 8-K |
| PX-382 | 05/04/04 | | Veeco 8-K |
| PX-383 | 07/29/04 | | Veeco 8-K |
| PX-384 | 07/26/04 | | Veeco 8-K |
| PX-385 | 08/31/04 | | Veeco 8-K |
| PX-386 | 10/08/04 | | Veeco 8-K |
| PX-387 | 10/14/04 | | Veeco 8-K |
| PX-388 | 10/25/04 | | Veeco 8-K |
| PX-389 | 02/11/05 | | Veeco 8-K |
| PX-390 | 03/08/05 | | Veeco 8-K |
| PX-391 | 04/18/05 | | Veeco 8-K |
| PX-392 | 04/26/05 | | Veeco 8-K |
| PX-393 | 9/5/2006 | | Defendants' Objections and Responses to Lead Plaintiff's First Set of Interrogatories, with verification |
| PX-394 | 5/9/2006 | | Defendants' Objections and Responses to Plaintiffs' Document Requests. |
| PX-395 | 1/31/2007 | | Defendants' Objections and Responses to Lead Plaintiff's First Requests for Admission, Second Set of Interrogatories and Second Document Requests, with verification |
| PX-396 | 2/5/2007 | | Defendants' Objections and Responses to Lead Plaintiff's Third Set of Interrogatories and Third Document Requests, with verification |
| PX-397 | 5/11/2007 | | Defendants' Objections and Responses to Lead Plaintiff's Fourth Set of Interrogatories and Fourth Document Requests |
| PX-398 | 5/14/2007 | | Kiernan Verification |
| PX-399 | 2/11/2003 | | Veeco Q4 and Year-End 2002 Results Press Release |

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-400 | 11/3/2003 | | Veeco Press Release |
| PX-401 | 2/6/2004 | | Veeco Q4 2003 and Year-End Press Release |
| PX-402 | 4/26/2004 | | Veeco Q1 2004 Press Release |
| PX-403 | 7/26/2004 | | Veeco Q2 2004 and Six Month Results Press Release |
| PX-404 | 10/12/2004 | | Veeco Press Release pre-announcing Q3 results |
| PX-405 | 10/25/2004 | | Veeco Q3 and Nine Month Results Press Release |
| PX-406 | 2/11/2005 | | Veeco Press Release |
| PX-407 | 3/16/2005 | | Veeco Press Release reporting Results for Fourth Quarter and Year-Ended 2004 |
| PX-408 | 11/3/2003 | | Veeco MOCVD Transaction Conference Call transcript |
| PX-409 | 2/6/2004 | | Q4 2003 Veeco Instruments Inc. Earnings Conference Call transcript |
| PX-410 | 4/26/2004 | | Q1 2004 Veeco Instruments Inc. Earnings Conference Call transcript |
| PX-411 | 7/26/2004 | | Q2 2004 Veeco Instruments Inc. Earnings Conference Call transcript |
| PX-412 | 9/8/2004 | | Smith Barney Citigroup Technology Conference transcript |
| PX-413 | 10/25/2004 | | Q3 2004 Veeco Instruments Inc. Earnings Conference Call transcript |
| PX-414 | 2/11/2005 | | Q4 2004 Veeco Instruments Inc. Financial Update transcript |
| PX-415 | 3/16/2005 | | Q4 2004 Veeco Instruments Inc. Earnings Conference Call transcript |

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-416 | 1/7/2005 | VECO 0166426-27 | Email between Reifert and Kiernan attaching Tentative Findings |
| PX-417 | 2/11/2005 | VECO 0018031 | Email from Samaha to Somerset employees |
| PX-418 | 2/25/2005 | VECO 0025785 | Emails between Walcott, LoBrace, Samaha, Abrahamson, Ralson, Campanale, et al. |
| PX-419 | 12/16/2004 | VECO 0025858-60 | Emails between White, Samaha, Navy, Bratager, M. Braun, et al. |
| PX-420 | 2/16/2005 | VECO 0026020 | Emails between Samaha, Campanale, Stucky, Miehe, Esche, Ralston, Wasser, et al. |
| PX-421 | 10/1/2004 | VECO 0026436-38 | Emails between M. Braun Hopmann, Bratager, Quinn, Ralston, et al. |
| PX-422 | 8/26/2004 | VECO 0027752-60 | Presentation Spare Parts Service Review |
| PX-423 | 12/13/2004 | VECO 0050298-99 | Emails between Scholle, Campanale, Esche |
| PX-424 | 10/15/2004 | VECO 0050497 | Emails between Campanale, M. Braun and Hopmann |
| PX-425 | 1/17/2005 | VECO 0052522-41 | TurboDisc Operations Presentation |
| PX-426 | 6/9/2004 | VECO 0061887-88 | Emails between Bulman, Kim, Kiernan, Huff, Cantasano, Reifert, et al. |
| PX-427 | 3/18/2005 | VECO 0079699-700 | Emails between Glassman, Karp, Kiernan, Abrahamson, Samaha and Mitzak |
| PX-428 | 2/22/2005 | VECO 0080625-28 | TurboDisc Customer Tool Sign-Off Process |
| PX-429 | 12/13/2004 | VECO 0080992 | Emails between Goldman, Navy, Klein, Bulman, Kiernan, et al. |
| PX-430 | 12/9/2004 | VECO 0081016 | Emails between Hayes, Kanarov, Navy and Samaha |
| PX-431 | 12/31/2004 | VECO 0089331-37 | TurboDisc Warranty Reserve |
| PX-432 | | VECO 0097788 | Quarterly Revenue Adjustments |
| PX-433 | | VECO 0098334-46 | TurboDisc Hitlist and SOX testing materials |
| PX-434 | 10/6/2004 | VECO 0101643-53 | Email between Tomasek, Kania, M. Braun, Weiss, Kuffel, Huff, et al. attaching quarterly checklist |
| PX-435 | 10/18/2004 | VECO 0102435-39 | Emails Between Fabiano, Huff, Miehe, Hopmann, et al. attaching Report Card |
| PX-436 | 10/19/2004 | VECO 0122701-12 | Inventory Analysis Presentation |
| PX-437 | 11/8/2004 | VECO 0129076-81 | Email between Frombach, Reifert, Rein, Kiernan, Amata, Fredericks, Elftmann, et al. attaching Financial Statement Differences as of 9/30/2004 |
| PX-438 | 3/1/2005 | VECO 0129353-55 | Handwritten notes |
| PX-439 | 1/4/2005 | VECO 0129421 | Handwritten notes |
| PX-440 | 2/2/2005 | VECO 0130040 | Email from E. Braun to Samaha and Kania |
| PX-441 | 12/14/2004 | VECO 0130095-96 | Email between Abrahamson and Kiernan attaching WIP Variance |
| PX-442 | 10/18/2004 | VECO 0131565-97 | Staff Meeting Package |
| PX-443 | 12/31/2004 | VECO 0154461-62 | Emails between Kania and Bulman |
| PX-444 | 12/27/2004 | VECO 0154468-69 | Emails between Kania, Samaha, Kiernan, Abrahamson, Reifert |
| PX-445 | 12/26/2004 | VECO 0154471-72 | Emails between Kania, Samaha, M. Braun, Wasser, Navy, Weiss et al. |
| PX-446 | 12/20/2004 | VECO 0154480-81 | Emails between Kania and Samaha |
| PX-447 | 11/15/2004 | VECO 0155269-70 | Emails between Bulman, Kania, M. Braun, E. Braun, et al. |

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-448 | 11/8/2004 | VECO 0155469 | Emails between Bulman, Kania, E. Braun, M. Braun, Samaha, Choung, Bratager and Yeh |
| PX-449 | 8/26/2004 | VECO 0160399 | Email between Scally, Karp and Kiernan |
| PX-450 | 8/4/2004 | VECO 0160534-36 | Meeting minutes -- SOX Section 404 |
| PX-451 | 9/9/2004 | VECO 0160863-64 | Email between Yu, E. Braun, Samaha, Navy et al. |
| PX-452 | 12/17/2004 | VECO 0160865 | Email between Wasser and Braun |
| PX-453 | 10/15/2007 | VECO 0160935-36 | Email between Kania, M. Braun, E. Braun, Rein et al. |
| PX-454 | 10/12/2004 | VECO 0160951-57 | Email between M. Braun, E. Braun, Kania and Andersen attaching VCS Consolidation and VCS P&L Integration |
| PX-455 | 1/31/2005 | VECO 0160958-59 | Emails between Elftmann, Braun et al. |
| PX-456 | 10/14/2004 | VECO 0160972 | Email between Slater and Karp |
| PX-457 | 10/14/2004 | VECO 0160974-75 | Email between Cantasano, Karp and Huff attaching Customer Deposits analysis |
| PX-458 | 10/13/2004 | VECO 0160996-97 | Emails between Huff and Cantasano |
| PX-459 | 10/12/2004 | VECO 0161004-22 | Email between Reifert and Karp attaching audit plan |
| PX-460 | 10/8/2004 | VECO 0161045-46 | Emails between Catasano, Karp, Kiernan, et al |
| PX-461 | 10/8/2004 | VECO 0161047-48 | Emails between Catasano, Karp, Kiernan, et al |
| PX-462 | 10/5/2004 | VECO 0161101-07 | Emails between Huff, Asher, Tan, Karp, Kiernan, et al. |
| PX-463 | 12/17/2004 | VECO 0162086-89 | Emails between Fabiano, Kiernan, Abrahamson, Miehe, et al. |
| PX-464 | 11/22/2004 | VECO 0168095 | Email between Ritz and Reifert |
| PX-465 | 12/8/2004 | VECO 0183303 | Emails between Scally, Reifert, Kiernan, Abrahamson, et al. |
| PX-466 | 12/31/2004 | VECO 0188308 | SOX Testing Strategy for Compound Semiconductor and Hit List |
| PX-467 | 12/29/2004 | VECO 0192661 | Email between Glassman and Karp |
| PX-468 | 11/16/2004 | VECO 0201620 | Email between Georgis, Huff, Abrahamson, Karp and Kuffel |
| PX-469 | 8/2/2004 | VECO 0204417-18 | Emails between Reifert, Scally, Kiernan, Fredericks and Amato |
| PX-470 | 9/15/2004 | VECO 0204501 | Email between Birnbaum and Reifert |
| PX-471 | 12/28/2004 | VECO 0204723-24 | Email between Reifert, Abrahamson and Nelson attaching Hit List |
| PX-472 | 12/22/2004 | VECO 0501103-08 | VTD Inventory Overview and Discussion |
| PX-473 | 7/22/2004 | VECO 0511256-80 | Presentation to Board of Directors |
| PX-474 | 5/31/2007 | | Revised Privilege Log for Veeco Instruments, Inc. |
| PX-475 | | | Supplemental Expert Report of Robert W. Berliner, CPA, CFE, with exhibits (to be produced when available) |

| PX # | Date | Bates Range | Description |
|---|---|---|---|
| PX-476 | 4/10/2006 | | Defendants' Answer to the Consolidated Amended Class Action Complaint |
| PX-477 | 12/24/2004 | | Emcore Corp. 2003 10-K |
| PX-478 | 11/3/2003 | | Audio recoding of Veeco MOCVD Transaction Conference[1] Call |
| PX-479 | 4/26/2004 | | Audio recoding of Q1 2004 Veeco Instruments Inc. Earnings Conference Call |
| PX-480 | 7/26/2004 | | Audio recoding of Q2 2004 Veeco Instruments Inc. Earnings Conference Call |
| PX-481 | 10/25/2004 | | Audio recoding of Q3 2004 Veeco Instruments Inc. Earnings Conference Call |
| PX-482 | 2/6/2004 | | Audio recoding of Q4 2003 Veeco Instruments Inc. Earnings Conference Call |
| PX-483 | 3/16/2005 | | Audio recoding of Q4 2004 Veeco Instruments Inc. Earnings Conference Call |
| PX-484 | 2/11/2005 | | Audio recoding of Q4 2004 Veeco Instruments Inc. Financial Update |
| PX-485 | 9/8/2004 | | Audio Recording of Smith Barney Citigroup Technology Conference |
| PX-486 | 12/24/2004 | VECO 0162298-99 | Email between Abrahamson and Kiernan attaching WIP Variance |
| PX-487 | 11/24/2004 | VECO 0172140-42 | Email between Rein and Kiernan attaching October P/L issues |

---

[1] Audio recording of conference calls have not yet been produced.

14