# In re Veeco Instruments Inc. Securities Litigation
## 05 MD 1695 (CM) (GAY)


# Pre-Trial Order


# Exhibit K

## In re Veeco Instruments Inc. Sec. Litig. -- Defendants' Deposition Designations

| Witness | Deposition Date | Begin Designation (Page:Line) | End Designation (Page:Line) |
|---|---|---|---|
| Steven Amato | 05/17/07 | 4:7 | 4:10 |
| Steven Amato | 05/17/07 | 7:12 | 7:23 |
| Steven Amato | 05/17/07 | 77:23 | 79:20 |
| Steven Amato | 05/17/07 | 98:13 | 103:9 |
| Steven Amato | 05/17/07 | 190:19 | 191:2 |
| Steven Amato | 05/17/07 | 208:24 | 210:22 |
| Steven Amato | 05/17/07 | 212:25 | 231:15 |
| Steven Amato | 05/17/07 | 232:22 | 236:23 |
| Steven Amato | 05/17/07 | 238:7 | 240:24 |
| Herman Birnbaum | 12/19/06 | 6:18 | 14:15 |
| Herman Birnbaum | 12/19/06 | 19:10 | 19:15 |
| Herman Birnbaum | 12/19/06 | 34:4 | 38:22 |
| Herman Birnbaum | 12/19/06 | 43:3 | 45:21 |
| Herman Birnbaum | 12/19/06 | 56:18 | 59:14 |
| Herman Birnbaum | 12/19/06 | 62:3 | 62:22 |
| Herman Birnbaum | 12/19/06 | 69:21 | 70:14 |
| Herman Birnbaum | 12/19/06 | 71:22 | 72:16 |
| Herman Birnbaum | 12/19/06 | 77:23 | 79:4 |
| Herman Birnbaum | 12/19/06 | 227:11 | 228:14 |
| Herman Birnbaum | 12/19/06 | 229:6 | 231:10 |
| Herman Birnbaum | 12/19/06 | 231:23 | 233:9 |
| Herman Birnbaum | 12/19/06 | 233:21 | 234:17 |
| Herman Birnbaum | 12/19/06 | 235:23 | 237:9 |
| Herman Birnbaum | 12/19/06 | 238:14 | 239:23 |
| Herman Birnbaum | 12/19/06 | 245:7 | 245:16 |
| Herman Birnbaum | 12/19/06 | 245:21 | 245:24 |
| Herman Birnbaum | 12/19/06 | 246:20 | 247:20 |
| David Bonagura | 04/18/07 | 4:7 | 4:23 |
| David Bonagura | 04/18/07 | 6:15 | 7:12 |
| David Bonagura | 04/18/07 | 35:17 | 35:24 |
| David Bonagura | 04/18/07 | 37:4 | 37:17 |
| David Bonagura | 04/18/07 | 38:7 | 40:23 |
| David Bonagura | 04/18/07 | 41:21 | 43:15 |
| David Bonagura | 04/18/07 | 123:23 | 126:21 |
| Marlin Braun | 03/23/07 | 6:8 | 6:12 |
| Marlin Braun | 03/23/07 | 77:19 | 81:11 |
| Ekaterina Chemeris | 03/27/07 | 7:21 | 8:2 |
| Ekaterina Chemeris | 03/27/07 | 27:18 | 30:3 |
| Ekaterina Chemeris | 03/27/07 | 34:14 | 35:15 |
| Ekaterina Chemeris | 03/27/07 | 50:10 | 52:19 |
| Ekaterina Chemeris | 03/27/07 | 82:16 | 83:11 |
| Ekaterina Chemeris | 03/27/07 | 88:7 | 88:19 |
| Ekaterina Chemeris | 03/27/07 | 98:20 | 99:24 |
| Ekaterina Chemeris | 03/27/07 | 110:15 | 111:6 |
| Ekaterina Chemeris | 03/27/07 | 115:18 | 115:24 |
| Ekaterina Chemeris | 03/27/07 | 117:5 | 117:24 |
| Ekaterina Chemeris | 03/27/07 | 120:14 | 121:15 |

| | | | |
|---|---|---|---|
| Ekaterina Chemeris | 03/27/07 | 129:21 | 130:19 |
| Ekaterina Chemeris | 03/27/07 | 133:25 | 134:21 |
| Ekaterina Chemeris | 03/27/07 | 136:5 | 136:12 |
| Alex Fredericks | 02/20/07 | 7:4 | 7:8 |
| Alex Fredericks | 02/20/07 | 7:24 | 11:18 |
| Alex Fredericks | 02/20/07 | 71:19 | 72:21 |
| Alex Fredericks | 02/20/07 | 74:15 | 79:23 |
| Alex Fredericks | 02/20/07 | 108:25 | 110:8 |
| Alex Fredericks | 02/20/07 | 113:18 | 114:7 |
| Alex Fredericks | 02/20/07 | 161:11 | 161:17 |
| David Hopmann | 03/21/07 | 6:2 | 6:6 |
| David Hopmann | 03/21/07 | 36:9 | 36:14 |
| David Hopmann | 03/21/07 | 37:24 | 38:17 |
| David Hopmann | 03/21/07 | 44:10 | 47:2 |
| David Hopmann | 03/21/07 | 50:3 | 50:23 |
| David Hopmann | 03/21/07 | 52:5 | 53:11 |
| David Hopmann | 03/21/07 | 54:6 | 55:2 |
| David Hopmann | 03/21/07 | 66:20 | 70:5 |
| Bruce Huff | 12/20/07 | 4:8 | 156:3 |
| Bruce Huff | 02/09/07 | 8:16 | 8:20 |
| Bruce Huff | 02/09/07 | 34:11 | 35:3 |
| Bruce Huff | 02/09/07 | 37:7 | 38:3 |
| Bruce Huff | 02/09/07 | 38:20 | 39:4 |
| Bruce Huff | 02/09/07 | 59:12 | 59:15 |
| Bruce Huff | 02/09/07 | 201:10 | 204:3 |
| Bruce Huff | 02/09/07 | 226:1 | 227:23 |
| Bruce Huff | 02/09/07 | 249:20 | 250:10 |
| Bruce Huff | 02/09/07 | 330:14 | 332:9 |
| Bruce Huff | 02/09/07 | 334:9 | 335:4 |
| Bruce Huff | 02/09/07 | 336:19 | 338:22 |
| Jamie Sillett | 05/10/07 | 5:11 | 5:13 |
| Jamie Sillett | 05/10/07 | 24:6 | 26:17 |
| Jamie Sillett | 05/10/07 | 31:16 | 32:23 |
| Jamie Sillett | 05/10/07 | 37:24 | 41:4 |
| Jamie Sillett | 05/10/07 | 42:18 | 43:8 |
| Jamie Sillett | 05/10/07 | 87:19 | 88:22 |
| Jamie Sillett | 05/10/07 | 92:22 | 94:3 |
| Jamie Sillett | 05/10/07 | 98:6 | 101:12 |
| Thoms Vollmer | 01/10/07 | 3:8 | 3:12 |
| Thoms Vollmer | 01/10/07 | 19:20 | 19:23 |
| Thoms Vollmer | 01/10/07 | 111:12 | 111:18 |
| Thoms Vollmer | 01/10/07 | 112:2 | 112:11 |
| Thoms Vollmer | 01/10/07 | 168:21 | 169:17 |
| Bruce Huff | 02/09/07 | 54:8 | 59:5 |
| Bruce Huff | 02/09/07 | 334:9 | 335:23 |