# In re Veeco Instruments Inc. Securities Litigation
# 05 MD 1695 (CM) (GAY)

# Pre-Trial Order

# Exhibit D

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-1 | 2003 | | Corporate Governance Guidelines |
| DX-2 | 3/3/2003 | VECO 0130424-26 | Disclosure Committee Charter |
| | | NO EXHIBIT CORRESPONDING TO DX-3 | |
| DX-4 | 9/25/2003 | VECO 0507454 | Board of Directors Meeting Minutes |
| DX-5 | 10/6/2003 | VECO 0095736-40 | Due Diligence notes |
| DX-6 | 10/6/2003 | VECO 0095681-93 | Due Diligence meeting schedule |
| DX-7 | 10/6/2003 | VECO 0095713-22 | Due Diligence notes |
| DX-8 | 11/3/2003 | VECO 0505958-74 | Transition Services Agreement |
| DX-9 | 11/19/2003 | VECO 0003034 | Email from Huff to Kiernan |
| DX-10 | 12/31/2003 | VECO 0073805-11 | Audit Assistance Package for TurboDisc |
| DX-11 | 1/21/2004 | EY-EF-AAFRE 000396-401 | Memorandum from Hofemann to Kiernan, Scally |
| DX-12 | 1/23/2004 | VECO 0129604-61 | Board of Directors presentation |
| DX-13 | 1/23/2004 | VECO 0129662-84 | Board of Directors presentation |
| | | NO EXHIBIT CORRESPONDING TO DX-14 | |
| DX-15 | 2/3/2004 | VECO 0034727-62 | Buker Consulting memorandum |
| DX-16 | 2/4/2004 | VECO 0094065-72 | E&Y memorandum |
| DX-17 | 2/26/2004 | VECO 0100745-841 | VCS Operations Review presentation |
| | | NO EXHIBIT CORRESPONDING TO DX-18 | |
| DX-19 | 3/19/2004 | VECO 0061343-75 | Export Compliance Training presentation |
| DX-20 | 3/24/2004 | VECO 0130350-792 | Controllers Conference Binder |
| DX-21 | 3/25/2004 | VECO 0017955-56 | Email from Hopmann to Van Den Hende |
| DX-22 | 3/31/2004 | VECO 0015735-50 | Disclosure Controls and Procedures |
| DX-23 | 4/6/2004 | VECO 0024161-73 | Email from Tomasek to M. Braun, Huff, et al. |
| DX-24 | 4/19/2004 | VECO 0100166-289 | Board of Directors meeting package |
| DX-25 | 4/20/2004 | VECO 0501543 | Reifert memorandum |
| DX-26 | 4/21/2004 | VECO 0501542-55 | Internal Audit Update |
| DX-27 | 4/21/2004 | VECO 0094064-138 | Audit Committee meeting package |
| DX-28 | 4/21/2004 | VECO 0001373-84 | TurboDisc Q1 2004 Certification |
| DX-29 | 4/22/2004 | VECO 0100239-57 | Board of Directors presentation |
| DX-30 | 4/22/2004 | VECO 0100186-238 | Board of Directors presentation |
| DX-31 | 4/27/2004 | | D. A. Davidson & Co. Analyst Report |
| DX-32 | 4/29/2004 | VECO 0061960 | Email from Fridrich to Reifert |
| | | NO EXHIBIT CORRESPONDING TO DX-33 | |
| DX-34 | Undated | | Audit Committee Charter |
| DX-35 | 5/20/2004 | VECO 0133072-133 | Email from Carpenter to Huff (w/ attachment) |
| DX-36 | 5/28/2004 | VECO 0025405-06 | Email from Hopmann to Campanale, LoBrace, et al. |
| DX-37 | 6/8/2004 | VECO 0072172-74 | Email chain between Huff, Kiernan, Tan, et al. |
| DX-38 | 6/9/2004 | VECO 0112699-700 | Email chain between Kiernan, Goldman, Tan, et al. |
| DX-39 | 6/9/2004 | VECO 0061885-86 | Email chain between Huff, Kiernan, Goldman, et al. |
| DX-40 | 6/11/2004 | VECO 0113070 | Email chain between Huff, Kiernan |
| DX-41 | 6/11/2004 | EY-EF-AAFRE 000402-05 | Veeco memorandum re SOX 404 |
| DX-42 | 6/16/2004 | VECO 0116016-17 | Emails btw Huff, Scally, Kiernan |
| DX-43 | 6/18/2004 | VECO 0113821 | Emails btw Klein, Huff |
| | | NO EXHIBIT CORRESPONDING TO DX-44 | |
| DX-45 | 6/22/2004 | VECO 0061949-51 | Draft Memorandum from Reifert to Pfister, Elftman, Fridrich |
| DX-46 | 6/23/2004 | VECO 0113985 | Emails btw Scally, Huff, et al. |
| DX-47 | 6/29/2004 | VECO 0061952-959 | Email from Reifert to Kiernan (w/ attachment) |
| DX-48 | 6/30/2004 | VECO 0514689-91 | Emails btw Huff, Reifert, Kiernan, et al. |
| DX-49 | 6/30/2004 | VECO 0103812-15 | Emails btw Reifert, Huff, Kiernan, et al. |
| DX-50 | 6/30/2004 | VECO 0514692-707 | Fax from Huff to Reifert (w/ attachment) |
| DX-51 | 6/30/2004 | VECO 0015784-5800 | Disclosure Controls and Procedures |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-52 | 6/30/2004 | VECO 0099809-64 | Veeco Second Quarter Reporting Package |
| DX-53 | 6/30/2004 | VECO 0099785-808 | Redbook Reporting Package |
| DX-54 | Jul-04 | EY-EF-AAFRE 000001-36 | E&Y Veeco Audit Planning package |
| DX-55 | 7/5/2004 | VECO 0065375-76 | Emails btw Kiernan, Huff |
| DX-56 | 7/15/2004 | VECO 0514051-67 | TurboDisc Q2 2004 Certification |
| DX-57 | 7/16/2004 | VECO 0104414-15 | Emails btw Huff, Karp, Klein, et al. |
| DX-58 | 7/16/2004 | VECO 0129240-351 | Audit Committee meeting package |
| DX-59 | 7/19/2004 | VECO 0104423-24 | Emails btw Karp, Rein, Huff |
| DX-60 | 7/20/2004 | VECO 0072183-87 | Email from Huff to Kiernan (w/ attachment) |
| DX-61 | 7/20/2004 | VECO 0104501-05 | Email from Conway-Meech to Huff |
| DX-62 | 7/21/2004 | VECO 0129233-39 | Internal Audit Update |
| DX-63 | 7/21/2004 | VECO 0507422-25 | Audit Committee meeting minutes |
| DX-64 | 7/21/2004 | VECO 0213825-98 | Audit Committee SOX-404 Update |
| DX-65 | 7/22/2004 | VECO 0129797-821 | Board of Directors presentation |
| DX-66 | 7/22/2004 | VECO 0141866-921 | Board of Directors presentation |
| DX-67 | 7/24/2004 | HB 0001-0007 | Birnbaum expense reports |
| DX-68 | 8/6/2004 | VECO 0108939-41 | Emails btw Cantasano, Tan, Huff, Goldman |
| DX-69 | 8/9/2004 | VECO 0082256-57 | Letter from Esche (w/ attachment) |
| DX-70 | 8/13/2004 | VECO 0514086-87 | Emails btw Ferster, Kiernan |
| DX-71 | 8/26/2004 | VECO 0094510-4714 | VCS Operations Review presentation |
| DX-72 | 8/26/2004 | VECO 0094007-33 | Email from Kiernan to Audit Committee (w/ attachment) |
| DX-73 | 8/26/2004 | VECO 0160276-78 | Memorandum from Reifert to Pfister |
| DX-74 | 8/30/2004 | VECO 0166871-79 | Memorandum from Reifert to Audit Committee |
| DX-75 | 9/29/2004 | VECO 0512477 | Emails btw Cantasano, Huff, Bi |
| DX-76 | 9/30/2004 | VECO 0103797-98 | Email from Tan to Huff, Cantasano (w/ attachment) |
| DX-77 | 9/30/2004 | VECO 0015818-34 | Disclosure Controls and Procedures |
| DX-78 | 10/8/2004 | VECO 0076989-90 | Compound Semiconductor Status Report |
| DX-79 | 10/12/2004 | VECO 0095818 | Email from Huff to Rein, Kiernan |
| DX-80 | 10/13/2004 | | Merriman Curhan Ford & Co. analyst report |
| DX-81 | 10/13/2004 | | Needham analyst report |
| DX-82 | 10/13/2004 | | D.A. Davidson & Co. analyst report |
| DX-83 | 10/13/2004 | | Deutsche Bank analyst report |
| DX-84 | 10/15/2004 | VECO 0130206-07 | Memorandum from Rein to Board of Directors |
| DX-85 | 10/15/2004 | VECO 0129136-69 | Memorandum from Kiernan to Audit Committee (w/ attachment) |
| DX-86 | 10/19/2004 | VECO 0122660-93 | Email from Huff to Kiernan, M. Braun (w/ attachment) |
| DX-87 | 10/20/2004 | VECO 0129134-35 | handwritten notes |
| DX-88 | 10/20/2004 | VECO 0511381-411 | Internal Audit Update |
| DX-89 | 10/20/2004 | VECO 0129171-208 | Audit Committee SOX-404 Update |
| DX-90 | 10/21/2004 | VECO 0129436-57 | Board of Directors Q3 2004 Financial Summary |
| DX-91 | 10/21/2004 | VECO 0505035-74 | Board of Directors presentation |
| DX-92 | 10/21/2004 | VECO 0099490-506 | Board of Directors presentation |
| DX-93 | 10/21/2004 | VECO 0507403-04 | Board of Directors Meeting Minutes |
| DX-94 | 10/21/2004 | VECO 0094721-22 | handwritten notes |
| DX-95 | 10/25/2004 | VECO 0075454 | Email from M. Braun to VCS |
| DX-96 | 10/30/2004 | VECO 0514036-50 | TurboDisc Q3 2004 Certification |
| DX-97 | 11/1/2004 | VECO 0075709-10 | Email from LaSala to Steibler, Ferster (w/ attachment) |
| DX-98 | 11/8/2004 | VECO 0137109-10 | Memorandum from Reifert to Audit Committee |
| DX-99 | 11/8/2004 | EY-EF-AAFRE 002214-16 | E&Y Consultation memorandum |
| DX-100 | 11/8/2004 | VECO 0203759-61 | Emails btw Reifert, Pellati |
| DX-101 | 11/8/2004 | VECO 0129076-81 | Email from Frombach to Audit Committee (w/ attachment) |
| DX-102 | 11/9/2004 | VECO 0507399-400 | Audit Committee meeting minutes |
| DX-103 | 11/9/2004 | EY 007104-09 | Veeco Q3 2004 representations letter to E&Y |

| DX # | Date | Bates Range | Description |
| --- | --- | --- | --- |
| DX-104 | 11/10/2004 | VECO 0094717-18 | Memorandum from Rein to file |
| DX-105 | 11/16/2004 | VECO 0137114-19 | Email from Kiernan to Audit Committee (w/ attachment) |
| DX-106 | 11/17/2004 | VECO 0176009-60 | Emails btw Reifert and Kuffel |
| DX-107 | 11/23/2004 | VECO 0063839-44 | Emails btw Scally, Fredericks, Kiernan, Reifert, Amato (w/ attachment) |
| DX-108 | 11/29/2004 | VECO 0076546-50 | Email from LaSala to M. Braun (w/ attachment) |
| DX-109 | 11/29/2004 | EY 001125-26 | E&Y notes |
| DX-110 | 11/29/2004 | VECO 0507397-98 | Audit Committee meeting minutes |
| DX-111 | 11/30/2004 | VECO 0093907-68 | Memorandum from Kiernan to Audit Committee (w/ attachment) |
| DX-112 | 12/2/2004 | VECO 0026615-23 | email from Quinn to M. Braun (w/ attachment) |
| DX-113 | 12/2/2004 | VECO 0513631-34 | Huff Termination Agreement |
| DX-114 | 12/22/2004 | VECO 0148177-81 | Internal Audit Update |
| DX-115 | 12/22/2004 | VECO 0156916-27 | SOX-404 Update to Audit Committee |
| | | NO EXHIBIT CORRESPONDING TO DX-116 | |
| DX-117 | 12/31/2004 | EY-Veeco-AWS-04 000119-28 | E&Y spreadsheet |
| DX-118 | Jan-05 | EY 005038 | workpapers |
| DX-119 | Jan-05 | VECO 0097770-94 | workpapers |
| DX-120 | Jan-05 | VECO 0134160-77 | compound semiconductor presentation |
| DX-121 | 1/17/2005 | VECO 0097504 | timeline |
| DX-122 | 1/17/2005 | VECO 0507388-89 | Audit Committee meeting minutes |
| DX-123 | 1/17/2005 | VECO 0507390-91 | Board of Directors Meeting Minutes |
| DX-124 | 1/18/2005 | JW 001-005 | Kaye Scholer/Jefferson Wells Master Service Agreement |
| | | NO EXHIBIT CORRESPONDING TO DX-125 | |
| DX-126 | 2/1/2005 | EY-EF-AFRE 002538-39 | E&Y Memorandum |
| DX-127 | 2/4/2005 | VECO 0507384-85 | Audit Committee meeting minutes |
| DX-128 | 2/4/2005 | VECO 0507386-87 | Board of Directors meeting minutes |
| DX-129 | 2/9/2005 | VECO 0507380-81 | Audit Committee meeting minutes |
| DX-130 | 2/9/2005 | VECO 0507382-83 | Board of Directors meeting minutes |
| DX-131 | 2/11/2005 | | Transcript of Q4 2004 conference call |
| DX-132 | 2/27/2005 | VECO 0118955, VECO 0119955-977, VECO 0118956-978 | Email from Reifert to Mitzak, Kiernan (w/ attachment) |
| DX-133 | 3/1/2005 | VECO 0507376-79 | Audit Committee meeting minutes |
| DX-134 | 3/2/2005 | VECO 0507371-75 | Board of Directors Meeting Minutes |
| DX-135 | 3/2/2005 | VECO 0157154-202 | Board of Directors presentation |
| DX-136 | 3/2/2005 | VECO 0099008-36 | Board of Directors 2004 Financial Summary |
| DX-137 | 3/8/2005 | EY-EF-AAFRE 001683-96 | E&Y Memorandum |
| DX-138 | 3/11/2005 | EY 000606-11 | E&Y memorandum |
| DX-139 | 3/14/2005 | VECO 0507368-70 | Audit Committee meeting minutes |
| DX-140 | 3/14/2005 | VECO 0512074-84 | Internal Audit Report |
| DX-141 | 3/15/2004 | VECO 0507366-67 | Board of Directors Meeting Minutes |
| DX-142 | 7/29/2005 | | SEC response to restated filings |
| DX-143 | 8/3/2005 | | Letter from Rory A. Greiss to the SEC |
| DX-144 | 12/22/2005 | VECO 0506213-16 | SEC no action letter |
| DX-145 | 11/3/2003 | | Veeco 8-K |
| DX-146 | 11/3/2003 | | Veeco MOCVD Transaction Conference Call |
| DX-147 | 2/6/2004 | | Veeco Q4 2003 and Year-End Press Release |
| DX-148 | 12/31/2003 | | Veeco 2003 10-K |
| DX-149 | 4/26/2004 | | Veeco Q1 2004 Press Release |
| DX-150 | 5/3/2004 | | Veeco Q3 2004 10-Q |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-151 | 7/22/2004 | | Veeco Press Release |
| DX-152 | 7/26/2004 | | Veeco Q2 2004 and Six Month Results Press Release |
| DX-153 | 8/2/2004 | | Veeco Q2 2004 10-Q |
| DX-154 | 10/12/2004 | | Veeco Press Release pre-announcing Q3 results |
| DX-155 | 10/25/2004 | | Veeco Q3 and Nine Month Results Press Release |
| DX-156 | 11/9/2004 | | Veeco Q3 2004 10-Q |
| DX-157 | 2/11/2005 | | Veeco 8-K |
| DX-158 | 2/11/2005 | | Veeco Press Release |
| DX-159 | 3/8/2005 | | Veeco 8-K for March 2, 2005 |
| DX-160 | 3/16/2005 | | Veeco 2004 10-K |
| DX-161 | 3/16/2005 | | Veeco Press Release |
| DX-162 | 4/1/2005 | | Veeco 10-Q/A for Q1 2004 |
| DX-163 | 4/1/2005 | | Veeco 10-Q/A for Q2 2004 |
| DX-164 | 4/1/2005 | | Veeco 10-Q/A for Q3 2004 |
| DX-165 | | VECO 0128799-892 | Workpapers |
| DX-166 | | VECO 0088837-8916 | Workpapers |
| DX-167 | | VECO 0088645-8651 | Workpapers |
| DX-168 | | VECO 0088917-9462 | Workpapers |
| DX-169 | | VECO 0093140-3831 | Rein Quarterly Review documents |
| DX-170 | | VECO 0089463-9871 | Workpapers for audit through Sept. 30, 2004 |
| DX-171 | | VECO 0503000-3228 | Workpapers for audit through Oct. 31, 2004 |
| DX-172 | | VECO 0503229-3774 | Veeco/Emcore Account workpapers |
| DX-173 | 11/7/2005 | | Consolidated Amended Class Action Complaint |
| DX-174 | 4/5/2007 | | Lead Plaintiff's Responses and Objections to Interrogatories Nos. 1-9 and 14-15 |
| DX-175 | 4/20/2007 | | Lead Plaintiff's Responses and Objections to Interrogatories Nos. 10-13 |
| DX-176 | 5/10/2007 | | Lead Plaintiff's Responses and Objections to Defendant's First Set of Requests for Admission |
| DX-177 | 5/9/2007 | | Expert Report of Gary Levin (exclusive of exhibits) |
| DX-178 | 4/20/2007 | | Expert Report of Vineta Juneja (exclusive of exhibits) |
| DX-179 | 6/9/2003 | | Analyst Report by Needham & Company Inc. |
| DX-180 | 7/29/2003 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-181 | 7/29/2003 | | Analyst Report by Oppenheimer & Co. (1) |
| DX-182 | 7/29/2003 | | Analyst Report by Oppenheimer & Co. (2) |
| DX-183 | 7/29/2003 | | Analyst Report by RBC Capital Markets |
| DX-184 | 7/30/2003 | | Analyst Report by Banc of America Securities |
| DX-185 | 7/30/2003 | | Analyst Report by Needham & Company Inc. |
| DX-186 | 7/30/2003 | | Analyst Report by UBS Securities LLC (1) |
| DX-187 | 7/30/2003 | | Analyst Report by UBS Securities LLC (2) |
| DX-188 | 7/30/2003 | | Analyst Report by Wells Fargo Securities, LLC |
| DX-189 | 8/25/2003 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-190 | 8/27/2003 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-191 | 10/23/2003 | | Analyst Report by Oppenheimer & Co. |
| DX-192 | 10/24/2003 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-193 | 10/27/2003 | | Analyst Report by Adams, Harkness & Hill |
| DX-194 | 10/27/2003 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-195 | 10/27/2003 | | Analyst Report by Oppenheimer & Co. |
| DX-196 | 10/27/2003 | | Analyst Report by UBS Securities LLC |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-197 | 10/28/2003 | | Analyst Report by Banc of America Securities |
| DX-198 | 10/28/2003 | | Analyst Report by Needham & Company Inc. |
| DX-199 | 10/28/2003 | | Analyst Report by RBC Capital Markets |
| DX-200 | 10/29/2003 | | Analyst Report by Wells Fargo Securities, LLC |
| DX-201 | 11/3/2003 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-202 | 11/4/2003 | | Analyst Report by Banc of America Securities |
| DX-203 | 11/4/2003 | | Analyst Report by D.A. Davidson & Co. |
| DX-204 | 11/4/2003 | | Analyst Report by Merrill Lynch |
| DX-205 | 11/4/2004 | | Analyst Report by Needham & Company Inc. |
| DX-206 | 11/4/2003 | | Analyst Report by SoundView |
| DX-207 | 11/4/2003 | | Analyst Report by UBS Securities LLC |
| DX-208 | 11/4/2003 | | Analyst Report by Wells Fargo Securities, LLC |
| DX-209 | 11/5/2003 | | Analyst Report by Adams, Harkness & Hill |
| DX-210 | 11/19/2003 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (1) |
| DX-211 | 11/19/2003 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (2) |
| DX-212 | 11/19/2003 | | Analyst Report by Wells Fargo Securities, LLC |
| DX-213 | 11/20/2003 | | Analyst Report by Adams, Harkness & Hill |
| DX-214 | 11/20/2003 | | Analyst Report by Needham & Company Inc. |
| DX-215 | 11/20/2003 | | Analyst Report by UBS Securities LLC |
| DX-216 | 11/24/2003 | | Analyst Report by Oppenheimer & Co. |
| DX-217 | 1/23/2004 | | Analyst Report by Needham & Company Inc. |
| DX-218 | 4/26/2004 | | Analyst Report by Banc of America Securities |
| DX-219 | 4/26/2004 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (1) |
| DX-220 | 4/26/2004 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (2) |
| DX-221 | 4/26/2004 | | Analyst Report by Hoefer & Arnett, Inc. |
| DX-222 | 4/26/2004 | | Analyst Report by UBS Securities LLC |
| DX-223 | 4/27/2004 | | Analyst Report by D.A. Davidson & Co. |
| DX-224 | 4/27/2004 | | Analyst Report by Merriman Curhan Ford & Co. |
| DX-225 | 5/19/2004 | | Analyst Report by Needham & Company Inc. |
| DX-226 | 6/25/2004 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-227 | 6/30/2004 | | Analyst Report by WR Hambrecht & Co. |
| DX-228 | 7/26/2004 | | Analyst Report by Banc of America Securities |
| DX-229 | 7/26/2004 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-230 | 7/26/2004 | | Analyst Report by Forbes Wolfe |
| DX-231 | 7/26/2004 | | Analyst Report by Hoefer & Arnett, Inc. |
| DX-232 | 7/26/2004 | | Analyst Report by Merriman Curhan Ford & Co. |
| DX-233 | 7/26/2004 | | Analyst Report by Needham & Company Inc. |
| DX-234 | 7/26/2004 | | Analyst Report by WR Hambrecht & Co. |
| DX-235 | 7/27/2004 | | Analyst Report by D.A. Davidson & Co. |
| DX-236 | 7/27/2004 | | Analyst Report by Merrill Lynch |
| DX-237 | 7/28/2004 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-238 | 9/17/2004 | | Analyst Report by Investex |
| DX-239 | 9/17/2004 | | Analyst Report by Investex |
| DX-240 | 10/13/2004 | | Analyst Report by D.A. Davidson & Co. |
| DX-241 | 10/13/2004 | | Analyst Report by Merrill Lynch |
| DX-242 | 10/13/2004 | | Analyst Report by Merriman Curhan Ford & Co. |
| DX-243 | 10/13/2004 | | Analyst Report by Needham & Company Inc. |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-244 | 10/13/2004 | | Analyst Report by WR Hambrecht & Co. |
| DX-245 | 10/17/2004 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-246 | 10/20/2004 | | Analyst Report by ValueEngine |
| DX-247 | 10/21/2004 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-248 | 10/25/2004 | | Analyst Report by Banc of America Securities |
| DX-249 | 10/25/2004 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-250 | 10/25/2004 | | Analyst Report by Merrill Lynch |
| DX-251 | 10/25/2004 | | Analyst Report by WR Hambrecht & Co. |
| DX-252 | 10/26/2004 | | Analyst Report by D.A. Davidson & Co. |
| DX-253 | 10/26/2004 | | Analyst Report by Merriman Curhan Ford & Co. |
| DX-254 | 10/26/2004 | | Analyst Report by Needham & Company Inc. |
| DX-255 | 12/13/2004 | | Analyst Report by WR Hambrecht & Co. |
| DX-256 | 12/16/2004 | | Analyst Report by Punk, Ziegel & Company |
| DX-257 | 12/22/2004 | | Analyst Report by D.A. Davidson & Co. |
| DX-258 | 1/19/2005 | | Analyst Report by D.A. Davidson & Co. |
| DX-259 | 1/25/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-260 | 2/11/2005 | | Analyst Report by Banc of America Securities |
| DX-261 | 2/11/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-262 | 2/11/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-263 | 2/11/2005 | | Analyst Report by D.A. Davidson & Co. |
| DX-264 | 2/11/2005 | | Analyst Report by Forbes Wolfe |
| DX-265 | 2/11/2005 | | Analyst Report by WR Hambrecht & Co. |
| DX-266 | 2/14/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-267 | 2/14/2005 | | Analyst Report by Merrill Lynch |
| DX-268 | 2/14/2005 | | Analyst Report by Needham & Company Inc. |
| DX-269 | 2/14/2005 | | Analyst Report by Punk, Ziegel & Company |
| DX-270 | 3/16/2005 | | Analyst Report by Banc of America Securities |
| DX-271 | 3/16/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (1) |
| DX-272 | 3/16/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (2) |
| DX-273 | 3/17/2005 | | Analyst Report by D.A. Davidson & Co. |
| DX-274 | 3/17/2005 | | Analyst Report by Merriman Curhan Ford & Co. |
| DX-275 | 3/17/2005 | | Analyst Report by WR Hambrecht & Co. |
| DX-276 | 3/18/2005 | | Analyst Report by Punk, Ziegel & Company |
| DX-277 | 3/22/2005 | | Analyst Report by Needham & Company Inc. |
| DX-278 | 3/30/2005 | | Analyst Report by Banc of America Securities |
| DX-279 | 4/12/2005 | | Analyst Report by Northeast Securities LLC |
| DX-280 | 4/19/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-281 | 4/26/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (1) |
| DX-282 | 4/26/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (2) |
| DX-283 | 4/26/2005 | | Analyst Report by Merriman Curhan Ford & Co. |
| DX-284 | 4/27/2005 | | Analyst Report by Banc of America Securities |
| DX-285 | 4/27/2005 | | Analyst Report by Needham & Company Inc. |
| DX-286 | 4/27/2005 | | Analyst Report by Punk, Ziegel & Company |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-287 | 4/28/2005 | | Analyst Report by Northeast Securities LLC |
| DX-288 | 6/23/2005 | | Analyst Report by Punk, Ziegel & Company |
| DX-289 | 7/21/2005 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-290 | 7/25/2005 | | Analyst Report by Banc of America Securities |
| DX-291 | 07/25/05 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (1) |
| DX-292 | 07/25/05 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (2) |
| DX-293 | 07/26/05 | | Analyst Report by Needham & Company Inc. (1) |
| DX-294 | 07/26/05 | | Analyst Report by Needham & Company Inc. (2) |
| DX-295 | 07/26/05 | | Analyst Report by Punk, Ziegel & Company |
| DX-296 | 10/20/05 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-297 | 10/24/05 | | Analyst Report by Banc of America Securities |
| DX-298 | 10/24/05 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (1) |
| DX-299 | 10/24/05 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) (2) |
| DX-300 | 10/25/05 | | Analyst Report by Merriman Curhan Ford & Co. |
| DX-301 | 10/25/05 | | Analyst Report by Needham & Company Inc. |
| DX-302 | 10/25/05 | | Analyst Report by Punk, Ziegel & Company |
| DX-303 | 11/09/05 | | Analyst Report by Needham & Company Inc. |
| DX-304 | 11/29/05 | | Analyst Report by Thomas Weisel Partners |
| DX-305 | 11/30/05 | | Analyst Report by Thomas Weisel Partners |
| DX-306 | 12/05/05 | | Analyst Report by Citigroup Global Markets Inc. (Smith Barney) |
| DX-307 | 12/20/05 | | Analyst Report by Thomas Weisel Partners |
| DX-308 | 06/04/03 | | Analyst Report by Oppenheim Research GmbH |
| DX-309 | 06/16/03 | | Analyst Report by Oppenheim Research GmbH |
| DX-310 | 07/30/03 | | Analyst Report by Bankgesellschaft Berlin |
| DX-311 | 07/30/03 | | Analyst Report by Julius Baer Brokerage, S.A. |
| DX-312 | 07/30/03 | | Analyst Report by Metzler Securities GmbH |
| DX-313 | 07/31/03 | | Analyst Report by HSBC Trinkaus & Burkhardt KGaA |
| DX-314 | 08/07/03 | | Analyst Report by Credit Suisse First Boston |
| DX-315 | 08/08/03 | | Analyst Report by Julius Baer Brokerage, S.A. |
| DX-316 | 08/11/03 | | Analyst Report by Credit Suisse First Boston |
| DX-317 | 08/13/03 | | Analyst Report by Auerbach Grayson & Co., Inc. |
| DX-318 | 08/13/03 | | Analyst Report by M.M. Warburg & Co. |
| DX-319 | 09/24/03 | | Analyst Report by WestLB AG |
| DX-320 | 10/29/03 | | Analyst Report by Bankgesellschaft Berlin |
| DX-321 | 10/29/03 | | Analyst Report by DZ Bank AG |
| DX-322 | 10/30/03 | | Analyst Report by WestLB AG |
| DX-323 | 10/31/03 | | Analyst Report by WestLB AG |
| DX-324 | 11/03/03 | | Analyst Report by Julius Baer Brokerage, S.A. (Kepler Equities) |
| DX-325 | 11/04/03 | | Analyst Report by Metzler Securities GmbH |
| DX-326 | 11/05/03 | | Analyst Report by Deutsche Bank AG |
| DX-327 | 11/05/03 | | Analyst Report by HSBC Trinkaus & Burkhardt KGaA |
| DX-328 | 11/05/03 | | Analyst Report by WestLB AG |
| DX-329 | 11/06/03 | | Analyst Report by Credit Suisse First Boston |
| DX-330 | 11/06/03 | | Analyst Report by WestLB AG |
| DX-331 | 11/06/03 | | Analyst Report by WestLB AG |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-332 | 11/07/03 | | Analyst Report by HSBC Trinkaus & Burkhardt KGaA |
| DX-333 | 11/07/03 | | Analyst Report by Metzler Securities GmbH |
| DX-334 | 11/07/03 | | Analyst Report by Oppenheim Research GmbH |
| DX-335 | 02/05/04 | | Analyst Report by Deutsche Bank AG |
| DX-336 | 02/06/04 | | Analyst Report by Deutsche Bank AG |
| DX-337 | 03/02/04 | | Analyst Report by Deutsche Bank AG |
| DX-338 | 03/04/04 | | Analyst Report by WestLB AG |
| DX-339 | 03/05/04 | | Analyst Report by Natexis Bleichroeder Inc. |
| DX-340 | 03/08/04 | | Analyst Report by Bankgesellschaft Berlin |
| DX-341 | 03/10/04 | | Analyst Report by Metzler Securities GmbH |
| DX-342 | 03/11/04 | | Analyst Report by Deutsche Bank AG |
| DX-343 | 03/11/04 | | Analyst Report by WestLB AG |
| DX-344 | 03/12/04 | | Analyst Report by Credit Suisse First Boston |
| DX-345 | 03/12/04 | | Analyst Report by DZ Bank AG |
| DX-346 | 03/12/04 | | Analyst Report by HSBC Trinkaus & Burkhardt KGaA |
| DX-347 | 03/12/04 | | Analyst Report by Metzler Securities GmbH |
| DX-348 | 03/15/04 | | Analyst Report by HSBC Trinkaus & Burkhardt KGaA |
| DX-349 | 04/29/04 | | Analyst Report by Deutsche Bank AG |
| DX-350 | 04/30/04 | | Analyst Report by Bankgesellschaft Berlin |
| DX-351 | 04/30/04 | | Analyst Report by DZ Bank AG |
| DX-352 | 05/05/04 | | Analyst Report by Deutsche Bank AG |
| DX-353 | 05/05/04 | | Analyst Report by Metzler Securities GmbH |
| DX-354 | 05/06/04 | | Analyst Report by WestLB AG |
| DX-355 | 05/07/04 | | Analyst Report by Auerbach Grayson & Co., Inc. |
| DX-356 | 05/07/04 | | Analyst Report by HSBC Trinkaus & Burkhardt KGaA |
| DX-357 | 05/07/04 | | Analyst Report by Metzler Securities GmbH |
| DX-358 | 05/07/04 | | Analyst Report by M.M. Warburg & Co. |
| DX-359 | 05/09/04 | | Analyst Report by Credit Suisse First Boston |
| DX-360 | 05/10/04 | | Analyst Report by DZ Bank AG |
| DX-361 | 06/07/04 | | Analyst Report by Deutsche Bank AG |
| DX-362 | 07/01/04 | | Analyst Report by Bankgesellschaft Berlin |
| DX-363 | 07/02/04 | | Analyst Report by Credit Suisse First Boston |
| DX-364 | 07/02/04 | | Analyst Report by Deutsche Bank AG |
| DX-365 | 07/02/04 | | Analyst Report by Deutsche Bank AG |
| DX-366 | 07/02/04 | | Analyst Report by WestLB AG |
| DX-367 | 07/05/04 | | Analyst Report by Metzler Securities GmbH |
| DX-368 | 07/05/04 | | Analyst Report by Natexis Bleichroeder, Inc. |
| DX-369 | 07/06/04 | | Analyst Report by DZ Bank AG |
| DX-370 | 07/07/04 | | Analyst Report by Deutsche Bank AG |
| DX-371 | 07/26/04 | | Analyst Report by Deutsche Bank AG |
| DX-372 | 07/27/04 | | Analyst Report by Natexis Bleichroeder, Inc. |
| DX-373 | 07/28/04 | | Analyst Report by DZ Bank AG |
| DX-374 | 08/04/04 | | Analyst Report by M.M. Warburg & Co. |
| DX-375 | 08/04/04 | | Analyst Report by Natexis Bleichroeder Inc. |
| DX-376 | 08/05/04 | | Analyst Report by Credit Suisse First Boston |
| DX-377 | 08/05/04 | | Analyst Report by DZ Bank AG |
| DX-378 | 08/05/04 | | Analyst Report by Natexis Bleichroeder, Inc. |
| DX-379 | 08/06/04 | | Analyst Report by HSBC Trinkaus & Burkhardt KGaA |
| DX-380 | 08/06/04 | | Analyst Report by Oppenheim Research GmbH |
| DX-381 | 09/03/04 | | Analyst Report by Deutsche Bank AG |
| DX-382 | 10/13/04 | | Analyst Report by Deutsche Bank AG (1) |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-383 | 10/13/04 | | Analyst Report by Deutsche Bank AG (2) |
| DX-384 | 10/26/04 | | Analyst Report by UBS Securities LLC |
| DX-385 | 10/27/04 | | Analyst Report by Natexis Bleichroeder Inc. |
| DX-386 | 10/28/04 | | Analyst Report by DZ Bank AG |
| DX-387 | 11/03/04 | | Analyst Report by Metzler Securities GmbH |
| DX-388 | 11/04/04 | | Analyst Report by Credit Suisse First Boston |
| DX-389 | 11/04/04 | | Analyst Report by Deutsche Bank AG |
| DX-390 | 11/04/04 | | Analyst Report by Natexis Bleichroeder Inc. |
| DX-391 | 11/04/04 | | Analyst Report by WestLB AG |
| DX-392 | 11/05/04 | | Analyst Report by Auerbach Grayson & Co., Inc. |
| DX-393 | 11/05/04 | | Analyst Report by DZ Bank AG |
| DX-394 | 11/05/04 | | Analyst Report by Metzler Securities GmbH |
| DX-395 | 11/05/04 | | Analyst Report by M.M. Warburg & Co. |
| DX-396 | 11/05/04 | | Analyst Report by Oppenheim Research GmbH |
| DX-397 | 11/10/04 | | Analyst Report by HSBC Trinkaus & Burkhardt KGaA |
| DX-398 | 02/01/05 | | Analyst Report by Oppenheim Research GmbH |
| DX-399 | 03/11/05 | | Analyst Report by Auerbach Grayson & Co., Inc. |
| DX-400 | 03/11/05 | | Analyst Report by Deutsche Bank AG |
| DX-401 | 03/11/05 | | Analyst Report by DZ Bank AG |
| DX-402 | 03/11/05 | | Analyst Report by Natexis Bleichroeder Inc. |
| DX-403 | 03/11/05 | | Analyst Report by SES Research |
| DX-404 | 03/22/05 | | Analyst Report by DZ Bank AG |
| DX-405 | 03/31/05 | | Analyst Report by Deutsche Bank AG (1) |
| DX-406 | 03/31/05 | | Analyst Report by Deutsche Bank AG (2) |
| DX-407 | 04/01/05 | | Analyst Report by Metzler Securities GmbH |
| DX-408 | 04/04/05 | | Analyst Report by Auerbach Grayson & Co., Inc. |
| DX-409 | 04/04/05 | | Analyst Report by M.M. Warburg & Co. |
| DX-410 | 04/29/05 | | Analyst Report by Natexis Bleichroeder, Inc. |
| DX-411 | 05/02/05 | | Analyst Report by DZ Bank AG |
| DX-412 | 05/04/05 | | Analyst Report by Deutsche Bank AG Securities Ltd. |
| DX-413 | 05/10/05 | | Analyst Report by Metzler Securities GmbH |
| DX-414 | 05/11/05 | | Analyst Report by Deutsche Bank AG |
| DX-415 | 05/12/05 | | Analyst Report by Metzler Securities GmbH |
| DX-416 | 05/12/05 | | Analyst Report by M.M. Warburg & Co. |
| DX-417 | 05/12/05 | | Analyst Report by WestLB AG |
| DX-418 | 05/17/05 | | Analyst Report by Auerbach Grayson & Co., Inc. |
| DX-419 | 05/20/05 | | Analyst Report by Natexis Bleichroeder, Inc. |
| DX-420 | 06/18/03 | | Analyst Report by Friedman, Billings, Ramsey & Co., Inc. |
| DX-421 | 11/04/03 | | Analyst Report by Friedman, Billings, Ramsey & Co., Inc. |
| DX-422 | 12/23/03 | | Analyst Report by Merrill Lynch |
| DX-423 | 08/07/03 | | Analyst Report by Friedman, Billings, Ramsey & Co., Inc. |
| DX-424 | 08/07/03 | | Analyst Report by Wachovia Securities |
| DX-425 | 08/08/03 | | Analyst Report by Friedman, Billings, Ramsey & Co., Inc. |
| DX-426 | 08/08/03 | | Analyst Report by Needham & Company Inc. |
| DX-427 | 11/17/03 | | Analyst Report by Friedman, Billings, Ramsey & Co., Inc. (1) |
| DX-428 | 11/17/03 | | Analyst Report by Friedman, Billings, Ramsey & Co., Inc. (2) |
| DX-429 | 01/13/04 | | Analyst Report by Needham & Company Inc. |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-430 | 01/22/04 | | Analyst Report by Friedman, Billings, Ramsey & Co., Inc. |
| DX-431 | 02/06/04 | | Analyst Report by Friedman, Billings, Ramsey & Co., Inc. |
| DX-432 | 5/14/1999 | | Veeco SEC Form DEF 14a |
| DX-433 | 08/02/02 | | SEC Proposed Rule: Certification of Disclosure in Companies' Quarterly and Annual Reports |
| DX-434 | 08/29/02 | | SEC Final Rule: Certification of Disclosure in Companies' Quarterly and Annual Reports |
| DX-435 | 10/22/02 | | SEC Proposed Rule: Disclosure Required by Sections 404, 406 and 407 of the Sarbanes-Oxley Act of 2002, |
| DX-436 | 08/14/03 | | SEC Final Rule: Management's Report on Internal Control Over Financial Reporting and Certification of Disclosure in Exchange Act Reports |
| DX-437 | 06/22/04 | | SEC Office of the Chief Accountant Division of Corporation Finance: Management's Report on Internal Control Over Financial Reporting and Disclosure in Exchange Act Periodic Reports Frequently Asked Questions |
| DX-438 | N/A | | Resume and Testimony Experience of Gary J. Levin |
| DX-439 | Undated | EY 004998 | Spreadsheet of adjustments to 9/30/04 |
| DX-440 | 12/15/06 | | AU Section 325: Communicating Internal Control Related Matters Identified in an Audit |
| DX-441 | 10/5/1977 | | Financial Accounting Standards Board Statement 16: Prior Period Adjustments |
| DX-442 | N/A | | AICPA Professional Standards, AR Section 100 |
| DX-443 | N/A | | Accounting Principles Board Opinion No. 22: Disclosure of Accounting Policies |
| DX-444 | N/A | | Hierarchy of Generally Accepted Accounting Principles |
| DX-445 | N/A | | Statements of Financial Accounting Concept No. 1: Objectives of Financial Reporting by Business Enterprises |
| DX-446 | N/A | | Listing of Selected Factual Errors, Mischaracterizations of Certain Facts, and Other Observations |
| DX-447 | N/A | | AU Section 431: Adequacy of Disclosure in Financial Statements |
| DX-448 | N/A | | AU Section 411: The Meaning of Present Fairly in Conformity with Generally Accepted Auditing Principles |
| DX-449 | N/A | | Statements of Financial Accounting Concept No. 2: Qualitative Characteristics of Accounting Information |
| DX-450 | Undated | VECO 0095414 | Due Diligence List |
| DX-451 | 9/3/2003 | VECO 0133436-40 | Merrill Lynch Presentation |
| DX-452 | 10/31/2003 | VECO 0095613-59 | Merrill Lynch Presentation |
| DX-453 | 2/18/2004 | VECO 0016967-71 | Email from Tincher to M. Braun, et al. (w/ attachment) |
| DX-454 | 3/15/2004 | VECO 0017138-42 | Email from Tincher to Hopmann, et al. (w/ attachment) |
| DX-455 | 4/30/2004 | VECO 0058607-12 | Buker Consulting Memorandum |
| DX-456 | 5/28/2004 | VECO 0058626-31 | Buker Consulting Memorandum |
| DX-457 | 6/9/2004 | VECO 0116194-96 | Email chain between Huff, Goldman, Tan et al. |
| DX-458 | 6/16/2004 | VECO 0116011-14 | Email chain between Huff, Goldman, Tan et al. |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-459 | 6/21/2004 | VECO 0116026-30 | Email chain between Huff, Kiernan, Reifert, Bratager et al. |
| DX-460 | 6/22/2004 | VECO 0060337-55 | Email from Tan to Huff, Kiernan, Goldman (w/attachment) |
| DX-461 | 7/12/2004 | VECO 0091643 | Accounting Workpaper |
| DX-462 | Undated | VECO 0058605 | Memorandum by J. Esche |
| DX-463 | 8/2/2004 | VECO 0050633-36 | Buker Consulting Memorandum |
| DX-464 | 8/31/2004 | VECO 0091642 | Accounting Workpaper |
| DX-465 | 9/13/2004 | VECO 0500001-4 | Buker Consulting Memorandum |
| DX-466 | 9/16/2004 | VECO 0103295-97 | Email from Reifert to Huff, Kiernan, Scally (w/attachment) |
| DX-467 | 9/21/2004 | VECO 0018537-42 | Email Chain between Cantasano, Huff, et al. (w/attachment) |
| DX-468 | 8/31/2004 | VECO 0156908 | Accounting Workpapers |
| DX-469 | 9/30/2004 | EY 003586-89 | Quarterly Memorandum |
| DX-470 | Undated | VECO 0122732-36 | Accounting Workpapers |
| DX-471 | 10/8/2004 | VECO 0115745 | Email from Huff to Georgis |
| DX-472 | 10/11/2004 | VECO 0063814-5 | Email from Scally to Kiernan, Reifert (w/attachment) |
| DX-473 | 10/12/2004 | VECO 0115749-50 | Email chain between Huff, Ferster, Cymbaluk |
| DX-474 | 10/15/2004 | VECO 0065884-93 | Email from Kiernan to Fredericks (w/attachment) |
| DX-475 | 10/15/2004 | VECO 0065894-95 | Email from Kiernan to Fredericks (w/attachment) |
| DX-476 | 10/15/2004 | VECO 0065896-97 | Email from Kiernan to Fredericks (w/attachment) |
| DX-477 | 10/29/2004 | VECO 0122722-31 | Email Chain between Cantasano, Reifert, Tan et al. (w/attachment) |
| DX-478 | 11/5/2004 | VECO 0128789 | Accounting Workpapers |
| DX-479 | 11/9/2004 | VECO 0094176 | Notes of meeting |
| DX-480 | 11/16/2004 | VECO 0025539-40 | Email Chain between Huff; LoBrace; Abrahamson et al. |
| DX-481 | 11/24/2004 | VECO 0123015-19 | Email from Reifert to Rein, Kiernan et al. (w/attachment) |
| DX-482 | 12/3/2004 | VECO 0128790 | Accounting Workpapers |
| DX-483 | 12/3/2004 | EY 005120-26 | E&Y Checklist |
| DX-484 | 12/20/2004 | VECO 0094346-67 | Memorandum |
| DX-485 | 12/31/2004 | VECO 0097803-9 | Accounting Workpapers |
| DX-486 | Undated | VECO 0052289-307 | Compound Semi-Conductor Presentation |
| DX-487 | 1/17/2005 | VECO 0129421 | Notes of meeting |
| DX-488 | 2/3/2005 | VECO 0157000-79 | Accounting Workpapers |
| DX-489 | 3/1/2005 | VECO 0129353-55 | Handwritten notes |
|  | | | NO EXHIBIT CORRESPONDING TO DX-490 |
| DX-491 | 10/5/2004 | VECO 0075583-600 | Email Chain Between K. Stiebler and M.A. LaSala (w/attachment) |
| DX-492 | Undated | VECO 0097788 | Accounting workpaper |
| DX-493 | 11/2/2004 | VECO 0122820-28 | Email from C. Cantasano to B. Nelson et al. (w/attachment) |
| DX-494 | 11/24/2004 | VECO 0144309-69 | Email from M. Frombach to G. Reifert et al. (w/presentation attached) |
| DX-495 | 4/11/2007 | | Expert Report of Robert W. Berliner |
| DX-496 | Undated | | Chart of Veeco Stock Prices 11/03/2003 - 06/06/2007 |
| DX-497 | 3/23/2007 | | Expert Report of Steven P. Feinstein |
| DX-498 | 5/2/2007 | | Veeco Q1 2007 10-Q |
| DX-499 | 4/6/2006 | | Plaintiffs' First Request for Production of Documents |
| DX-500 | Undated | | Veeco 2004 Fiscal Calendar |
| DX-501 | 10/26/2004 | | Analyst Report by AFX |
| DX-502 | 11/4/2004 | | News Report by Dow Jones |
| DX-503 | 11/4/2004 | | News Report by Reuters |

| DX # | Date | Bates Range | Description |
|---|---|---|---|
| DX-504 | 4/5/2005 | | News Report by Bloomberg |
| DX-505 | 3/31/2005 | | News Report by PR Newswire Assoc. |