# Exhibit B

```
STATE OF TEXAS        )
                      ) ss:
CITY AND COUNTY OF DALLAS)
```

> **UNITED STATES DISTRICT COURT**
> **SOUTHERN DISTRICT OF NEW YORK**
>
> In re VEECO INSTRUMENTS, INC.         Case No.:
> SECURITIES LITIGATION                  7:05-md-01695
>                                        (CM)(GAY)
>
> THIS DOCUMENT RELATES TO ALL ACTIONS
>
> **SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**
> TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE SECURITIES OF VEECO INSTRUMENTS, INC. ("VEECO") BETWEEN APRIL 26, 2004 AND FEBRUARY 10, 2005, INCLUSIVE, AND WERE DAMAGED AS A RESULT THEREOF ("THE CLASS")
>
> YOU ARE HEREBY NOTIFIED that the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, has certified a class action in the above-entitled matter. The action asserts claims against Defendants Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr., John P. Kiernan, and R. Michael Weiss, for violations of the federal securities laws.
>
> If you are a member of the Class and have not yet received the "Notice of Pendency of Class Action" which more completely describes the terms of this class action and your rights thereunder, you should immediately obtain a copy by contacting: *In re Veeco Instruments, Inc. Securities Litigation* - Notice of Pendency, c/o Heffler, Radetich & Saitta L.L.P., P.O. Box 59027, Philadelphia, PA 19102-9027, Telephone: (800) 768-8450, www.hrsclaimsadministration.com.
>
> **DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**
> Dated: June 8, 2007.

I, Glenn Hellums Jr., being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper published and of general circulation in the City and County of New York, New York, City of Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas and that the attached Notice has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): 6/8/07 at the request of advertiser: Veeco Instruments and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.



MITCHELL E. CHEATHAM
Notary Public, State of Texas
My Commission Expires
March 01, 2011

Sworn to before me this
8th day of June 2007

_____
Notary Public

THE WALL STREET JOURNAL.

# MARKET MOVERS

Thursday, June 7, 2007

Moves in Smaller Stocks: Stocks with the highest dollar gain and decline in market cap, excluding the largest 1,500 stocks, as measured by market capitalization, in the Dow Jones Wilshire 5000.

## Gainers

| SYM | CLOSE | NET CHG | STOCK | SYM | CLOSE | NET CHG | STOCK | SYM | CLOSE | NET CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| UHAL | 80.25 | 10.87 | ExlserviceHldgs | EXLS | 18.74 | 0.44 | PalmInc | PALM | 18.08 | 0.12 |
| ALOG | 67.98 | 1.49 | FrdmpBillRm | FBR | 6.41 | 0.16 | PerryEllis | PERY | 30.69 | 0.99 |
| ARIA | 5.42 | 0.20 | GrafldOnline | SRVV | 15.87 | 0.44 | Pier1 | PIR | 7.65 | 0.17 |
| ATHR | 30.57 | 0.63 | GrnMtnCofRstr | GMCR | 70.93 | 1.92 | PriceSmart | PSMT | 22.71 | 2.44 |
| BGFV | 25.71 | 0.79 | Healthways | HWAY | 47.78 | 0.65 | PWEagleInc | PWEI | 33.43 | 1.38 |
| BAMM | 18.19 | 1.47 | ICU Med | ICUI | 41.74 | 1.53 | QualSys | QSII | 41 | 0.99 |
| ELY | 18.67 | 0.35 | IntrPrims | IPAR | 27.47 | 0.82 | RadNet | RDNT | 7.90 | 0.68 |
| GTLS | 22.15 | 0.90 | Investools | SWIM | 11.84 | 0.17 | RegnrationTch | RTIX | 10.84 | 0.37 |
| CMTY | 32.57 | 0.84 | KimballInt | KBALB | 14.61 | 0.51 | ReisInc | WRP | 9.74 | 0.04 |
| CRVL | 25.37 | 1.07 | Knot | KNOT | 20.41 | 1.21 | Rimage | RIMG | 29.72 | 1.17 |
| DSUP | 13.25 | 0.77 | Komag | KOMG | 25.30 | 0.91 | RuralCellA | RCCC | 35.31 | 1.18 |
| DCP | 20.70 | 3.85 | Mannkind | MNKD | 11.13 | 0.66 | SallyBeauty | SBH | | 0.19 |
| EMS | 35.41 | 1.40 | MartekBiosci | MATK | 22.54 | 0.52 | SusqnBk | SUSQ | 22.26 | 0.64 |
| ELX | 21.38 | 0.17 | MediStch | MDTL | 15.03 | 0.66 | Synaptics | SYNA | 32.84 | 1.38 |
| ESGR | 115.99 | 1.91 | Netflix | NFLX | 23.93 | 1.33 | Volcom | VLCM | 44.44 | 0.67 |
| EVC | 10.41 | 0.12 | NextwaveWrls | WAVE | 9.61 | 0.37 | WildOats | OATS | 17.30 | 0.43 |
| EEFT | 28.50 | 0.37 | OsirisThera | OSIR | 12.04 | 0.44 | | | | |

## Decliners

| SYM | CLOSE | NET CHG | STOCK | SYM | CLOSE | NET CHG | STOCK | SYM | CLOSE | NET CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| COMS | 4.47 | 0.21 | GencoShipTrdng | GNK | 37.04 | 2.50 | SilicnLab | SLAB | 32.58 | 1.22 |
| ALXN | 47.57 | 1.79 | Heelys | HLYS | 29.41 | 2.48 | SkechersA | SKX | 30.52 | 1.45 |
| AZZ | 30.43 | 5.31 | HovnanEnt | HOV | 21.24 | 1.35 | SovietnCos | SVK | 35.52 | 1.56 |
| BZH | 31.56 | 1.93 | HumanGenom | HGSI | 9.83 | 0.63 | SpartnMtr | SPAR | 33.33 | 3.49 |
| DVR | 15.67 | 0.80 | IDTCpB | IDT | 11.65 | 0.81 | StdPacific | SPF | 19.41 | 1.13 |
| CENX | 53.07 | 2.20 | ITC Hldgs | ITC | 41.39 | 1.43 | SunocoLgst | SXL | 59.04 | 2.36 |
| CRDN | 64.62 | 2.30 | KronosWrldwd | KRO | 27.93 | 2.06 | Teraind | TRA | 19.11 | 1.08 |
| CNS | 48.36 | 2.81 | MagurIProp | MPG | 34.12 | 1.52 | TerraNitrgn | TNH | 88.58 | 5.06 |
| CNTL | 40.73 | 4.20 | NewAllncBcsh | NAL | 16.03 | 0.82 | Tatra | TTI | 26.90 | 1.32 |
| CREE | 24.32 | 1.69 | Nicor | GAS | 43.97 | 1.45 | TibcoSftwr | TIBX | 8.66 | 0.30 |
| DCT | 10.34 | 0.48 | PhoenixCos | PNX | 15.41 | 0.58 | USEC | USU | 21.40 | 1.09 |
| DRIV | 47.83 | 1.55 | RPC | RES | 16.16 | 0.28 | Valmont | VMI | 67.11 | 2.64 |
| DCEL | 10.20 | 0.46 | RTIIntMtls | RTI | 84 | 3.63 | VoltInfoSci | VOL | 21.41 | 3.97 |
| EGLE | 20.71 | 2.75 | RylandGp | RYL | 41.79 | 1.79 | WGLHldgs | WGL | 33.01 | 1.24 |
| EQY | 26.49 | 1.17 | SAIC | SAI | 17.97 | 1.62 | WHEnergy | WHQ | 60.61 | 2.83 |
| FCL | 41.85 | 1.54 | SecCapAssrnc | SCA | 30.61 | 1.15 | Zoltek | ZOLT | 35.18 | 2.32 |
| FR | 42.92 | 1.51 | ShuffleMaster | SHFL | 17.51 | 2.10 | | | | |

| SYM | CLOSE | NET CHG | STOCK | SYM | CLOSE | NET CHG | STOCK | SYM | CLOSE | NET CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| WPK | 31.19 | 0.07 | WhtMtnIns | WTM | 586.91 | 2.21 | XTO Engy | XTO | 59.50 | 0.30 |
| WW | 48.97 | 0.56 | WileyA | JWA | 46.48 | 0.14 | YPFADS | YPF | 42.25 | 0.62 |
| WFT | 52.93 | 1.78 | WillmsCos | WMB | 30.08 | 1.33 | YamanaGld | AUY | 13.04 | 0.72 |
| WBS | 43.57 | 0.81 | WllmSnoma | WSM | 32.52 | 0.64 | Yanzhou ADS | YZC | 64.37 | 1.28 |
| WTW | 50.72 | 0.60 | Willisbrp | WSH | 45.31 | 0.48 | YumBrands | YUM | 66.21 | 1.60 |
| WRI | 44.42 | 1.33 | WilmTr | WL | 41.43 | 0.42 | Zimmer | ZMH | 84.53 | 2.25 |
| WCG | 88.79 | 2.36 | WimmBillDann | WBD | 82.13 | 3.65 | | | | |
| WLP | 81.03 | 0.42 | Windstream | WIN | 14.78 | 0.33 | **NASDAQ** | | | |
| WFC | 35.06 | 0.53 | Wipro ADS | WIT | 15.58 | 0.45 | AberDiamd | ABER | 41.09 | 1.94 |
| WEN | 38.95 | 0.87 | WIEngy | WEC | 45.30 | 1.57 | AbraxisBiosci | ABBI | 22.89 | 0.86 |
| WCC | 63.36 | 0.49 | WolseleyADS | WOS | 24.72 | 0.46 | AcergyADS | ACGY | 20.44 | 0.72 |
| WR | 25.04 | 1.04 | WoorFinHldgs | WF | 71.50 | 2.10 | Activision | ATVI | 18.46 | 1.11 |
| VDC | 19.17 | 0.08 | Wrigley | WWY | 56.42 | 1.16 | Acxiom | ACXM | 27.23 | 0.33 |
| WNR | 48.21 | 1.90 | Wyeth | WYE | 56.29 | 1.22 | ADCTel | ADCT | 17.32 | 0.03 |
| WU | 21.82 | 0.35 | WyndhmWldwd | WYN | 35.66 | 1.13 | AdobeSys | ADBE | 42.72 | 0.92 |
| WBK | 108 | 0.38 | XLCapA | XL | 80.49 | 2.27 | AkamaiTch | AKAM | 42.23 | 1.47 |
| WY | 80.06 | 1.34 | XcelEngy | XEL | 21.39 | 0.64 | Continued on page C12 | | | |
| WHR | 107.64 | 4.13 | Xerox | XRX | 18.76 | 0.25 | | | | |

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900

ADVERTISINGWSJ.COM

EE MW SW WE

## CLASS ACTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re VEECO INSTRUMENTS, INC.     Case No.:
SECURITIES LITIGATION             7:05-md-01695
                                  (CM)(GAY)

THIS DOCUMENT RELATES TO ALL ACTIONS

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE SECURITIES OF VEECO INSTRUMENTS, INC. ("VEECO") BETWEEN APRIL 26, 2004 AND FEBRUARY 10, 2005, INCLUSIVE, AND WERE DAMAGED AS A RESULT THEREOF (THE "CLASS").

YOU ARE HEREBY NOTIFIED that the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, has certified a class action in the above entitled matter. The action asserts claims against Defendants Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr., John P. Kiernan, and R. Michael Weiss, for violations of the federal securities laws.

If you are a member of the Class and have not yet received the "Notice of Pendency of Class Action" which more completely describes the terms of this class action and your rights thereunder, you should immediately obtain a copy by contacting: In re Veeco Instruments, Inc. Securities Litigation, c/o Notice of Pendency, c/o Heffler, Radetich & Saitta L.L.P., P.O. Box 59027, Philadelphia, PA 19102-9027, Telephone: (800) 768-8450, www.hrsclaimsadministration.com.

**DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**

Dated: June 8, 2007