# Exhibit C

JUNE 22 2007

c/o Heffler, Radetich & Saitta L.L.P.

HAROLD P. HOUSER
P.O. BOX 5145                     Home: 501 N. CAMDEN DR.
FORT WAYNE, IN 46895                   FORT WAYNE,IN 46825

I HAROLD P. HOUSER, requests exclusion from the
class in re Veeco Insruments, Inc.Securities
Litigation, 7:05-MD-01695 (CM)(GAY),

x

Shares:Veeco Instruments-
buy date   sold date   sales price   cost   gain or(_)
06-o7-04   o4-27-06     2230.73     2603.00  (372.27)
        THANK YOU    _Harold P. Houser_ June 22,2007

 P S phone# (260) 4713383      JUNE 22 2007



Dixie E. Snider, Jr.
Frances F. Snider
1516 Regency Walk Drive
Decatur, Georgia 30033-1740
June 25, 2007

*In re Veeco Instruments, Inc. Securities Litigation* – Notice of Pendency
c/o Heffler, Radetich & Saitta L.L.P.
P.O. Box 59027
Philadelphia, PA 19102-9027

Dear Sir or Madam:

We are responding to the mailing we received.  We request exclusion from the Class in *In re Veeco Instruments, Inc. Securities Litigation,* 7:05- MD-01695 (CM)(GAY).

As directed, we are reporting that we purchased 100 shares of Veeco Instruments on December 10, 2004.

Thank you for your assistance with this matter.

Sincerely,

Dixie E. Snider, Jr.

Frances F. Snider



ATLANTA GA 303

26 JUN 2007 PM 1 T

The Sniders
1516 Regency Walk Drive
Decatur, GA 30033-1740

In re Veeco Instuments Inc. Securities
Litigation - Notice of Pendency
c/o Heffler, Radetich & Saitta L.L.P.
P.O. Box 59027
Philadelphia, PA 19102-9027