# EXHIBIT C

Veeco Instruments Inc. Securities Litigation
Heffler, Redetich & Saitta LLP
            Sir:
                    I WANT TO BE EXCLUDED FROM THE SETTLEMENT
IN Re Veeco Instruments Inc. Securities Litigation,Case No.:
7:05-md-016 (CM) (GAY).
            HAROLD P. HOUSER
            501 N. CAMDEN DR.
            FORT WAYNE, IN. 46825
            Phone: 260-471 3383

description      buy         sold        receive        cost
Veeco Instr.  06-07-04    04-27-06     2230.73        2603.oo
            THANK YOU.
                            *Harold P. Houser* 09-20-07.

Veeco Instruments Inc. Securities Litigation
Heffler, Radetich & Saitta LLP
P.O. Box 59027
Philadelphia, PA 19102-9027

Harold Houser
501 N. Camden Dr.
Fort Wayne, IN 46825-5408

PRIORITY MAIL

*Apply Priority Mail Postage Here*

UNITED STATES POSTAL SERVICE®

U.S. POSTAGE
PAID
FORT WAYNE, IN
46805
SEP 21 07
AMOUNT
$5.25
0002‚3426-01

19102

0000

United States Postal Service®

DELIVERY CONFIRMATION™

0306 1070 0004 1690 6719