# EXHIBIT C

Case 1:05-cv-07452-CM   Document 151-10   Filed 10/26/2007   Page 1 of 4

Veeco Instruments Inc. Securities Litigation
Heffler, Redetich & Saitta LLP
   Sir:
      I WANT TO BE EXCLUDED FROM THE SETTLEMENT
IN Re Veeco Instruments Inc. Securities Litigation, Case No.:
7:05-md-016 (CM) (GAY).
      HAROLD P. HOUSER
      501 N. CAMDEN DR.
      FORT WAYNE, IN. 46825
      Phone: 260-471 3383

| description | buy | sold | receive | cost |
|---|---|---|---|---|
| Veeco Instr. | 06-07-04 | 04-27-06 | 2230.73 | 2603.00 |

   THANK YOU.
                                    *Harold P. Houser* 09-20-07.

Veeco Instruments Inc. Securities Litigation
Heffler, Radetich & Saitta LLP
P.O. Box 59027
Philadelphia, PA 19102-9027

Harold Houser
501 N. Camden Dr.
Fort Wayne, IN 46825-5408

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

Apply Priority Mail Postage Here

U.S. POSTAGE PAID
FORT WAYNE, IN
46805
SEP 21, 07
AMOUNT
$5.25
00023426-01

19102
0000

United States Postal Service®
**DELIVERY CONFIRMATION™**

0306 1070 0004 1690 6719